# UNITED STATES DISTRICT COURT

for the

Southern District of New York  ▼

| | |
|---|---|
| LINDA EVANGELISTA | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   21-cv-7889 |
| ZELTIQ AESTHETICS, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Linda Evangelista                                                                                                        .

Date:      09/23/2021                                              /s
                                                                     *Attorney's signature*


                                                      Jennifer M. Muller JM1988
                                                    *Printed name and bar number*
                                                       Wrobel Markham LLP
                                                    1407 Broadway, Suite 4002
                                                       New York, NY 10018


                                                                 *Address*


                                                     muller@wmlawny.com
                                                        *E-mail address*


                                                       (212) 421-8100
                                                      *Telephone number*


                                                       (212) 421-8170
                                                         *FAX number*