UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
LINDA EVANGELISTA,                                           : Civil Action No. 1:21-cv-7889
                                                             :
                Plaintiff,                   :
                                                             :
  -against-                                                 : **DEFENDANT ZELTIQ AESTHETICS,**
                                                             : **INC.'S NOTICE OF MOTION TO**
ZELTIQ AESTHETICS, INC.,                                     : **DISMISS**
                                                             :
                Defendant.                   :
------------------------------------------------------------ X

PLEASE TAKE NOTICE that Defendant Zeltiq Aesthetics, Inc. ("Zeltiq") by and through its undersigned attorneys, respectfully moves before the Honorable Valerie E. Caproni, U.S.D.J., Southern District of New York, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007, for an order dismissing Plaintiff's Amended Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

PLEASE TAKE FURTHER NOTICE that in support of its motion, Zeltiq will rely upon the accompanying Memorandum of Law, Declaration of Alyson B. Jones, and proposed form of Order.

Dated: December 21, 2021

                                                    *s/ Alyson B. Jones*
                                                    Alyson B. Jones (*pro hac vice*)
                                                    Orlando R. Richmond, Sr. (*pro hac vice*)
                                                      **BUTLER SNOW LLP**
                                                    1020 Highland Colony Parkway
                                                    Suite 1400
                                                    Ridgeland, MS 39157
                                                    Telephone: (601) 948-5711
                                                    Facsimile: (601) 985-4500
                                                    Alyson.Jones@butlersnow.com
                                                    Orlando.Richmond@butlersnow.com

Beth S. Rose
Vincent Lodato
SILLS CUMMIS & GROSS P.C.
101 Park Avenue
New York, NY 10178
Telephone: (212) 643-7000
Facsimile: (212) 643-6500
brose@sillscummis.com
vlodato@sillscummis.com

*Attorneys for Defendant*
*Zeltiq Aesthetics, Inc.*

# **CERTIFICATION OF SERVICE**

I hereby certify that on December 21, 2021, I caused a true and correct copy of Defendant Zeltiq Aesthetics, Inc.'s Motion to Dismiss, supporting Memorandum of Law, Declaration of Alyson B. Jones, and proposed form of Order to be served on all counsel of record via ECF.

*s/ Alyson B. Jones*
ALYSON B. JONES
