## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

LINDA EVANGELISTA,                : Civil Action No. 1:21-cv-7889

                                    :

          Plaintiff,           :

                                    :

    -against-             : **DECLARATION OF ALYSON B.**

                                   : **JONES IN SUPPORT OF DEFENDANT**

ZELTIQ AESTHETICS, INC.,        : **ZELTIQ AESTHETICS, INC.'S**

                                   : **MOTION TO DISMISS**

          Defendant.      :

-------------------------------------------------------- X

The undersigned, Alyson B. Jones, declares the following:

1.     I am an attorney with Butler Snow LLP, co-counsel for Defendant Zeltiq Aesthetics, Inc. ("Zeltiq") in this matter. I have personal knowledge of the matters set forth herein and submit this Declaration in support of Zeltiq's motion to dismiss Plaintiff's Amended Complaint for failure to state a claim.

2.     Attached hereto as Exhibit 1 is a true and accurate copy of the FDA Guidance for Industry and FDA Staff; Class II Special Controls Guidance Document: Contact Cooling System for Aesthetic Use (Feb. 7, 2011) available at https://www.fda.gov/media/79881/download.

3.     Attached hereto as Exhibit 2 is a true and accurate copy of the CoolSculpting System User Manual in effect in February 2015.

4.     Attached hereto as Exhibit 3 is a true and accurate copy of the informed consent form signed by Plaintiff on August 8, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in Ridgeland, Mississippi, on December 21, 2021.

                                      *s/ Alyson B. Jones*
                                      ALYSON B. JONES

Exhibit 1

# Guidance for Industry and FDA Staff

# Class II Special Controls Guidance Document: Contact Cooling System for Aesthetic Use

**Document issued on: February 7, 2011**

For questions regarding this document contact Richard Felten at 301-796-6392 by email at richard.felten@fda.hhs.gov.



**U.S. Department of Health and Human Services**
**Food and Drug Administration**
**Center for Devices and Radiological Health**

**General Surgery Devices Branch**
**Division of Surgical, Orthopedic and Restorative Devices**
**Office of Device Evaluation**

# Preface

## Public Comment

Written comments and suggestions may be submitted at any time for Agency consideration to Dockets Management Branch, Division of Management Systems and Policy, Office of Human Resources and Management Services, Food and Drug Administration, 5630 Fishers Lane, Room 1061, (HFA-305), Rockville, MD, 20852.  Alternatively, electronic comments may be submitted to http://www.regulations.gov.  All comments should be identified with the docket number listed in the notice of availability that publishes in the *Federal Register*.  Comments may not be acted upon by the Agency until the document is next revised or updated.

## Additional Copies

Additional copies are available from the Internet at:
http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/ucm242077.htm  You may also send an email request to dsmica@fda.hhs.gov to receive an electronic copy of the guidance or send a fax request to 301-847-8149 to receive a hard copy.  Please use the document number 1734 to identify the guidance you are requesting.

# Table of Contents

**1. Introduction** ................................................................................................................ 1

**2. Background** ................................................................................................................. 1

**3. Scope** ........................................................................................................................... 2

**4. Device Description** ..................................................................................................... 2

    **Device Components** ..................................................................................................... 2

    **Photograph or Drawing of the Device** ...................................................................... 2

    **Comparison to the Predicate Device** ......................................................................... 2

**5. Risks to Health** .......................................................................................................... 2

**6. Bench Testing** ............................................................................................................ 3

**7. Software Validation** ................................................................................................... 4

**8. Animal Testing** .......................................................................................................... 4

**9. Clinical Testing** .......................................................................................................... 5

**10. Biocompatibility** ...................................................................................................... 5

**11. Electromagnetic Compatibility (EMC)** ................................................................. 6

**12. Electrical and Mechanical Safety Performance Testing** ....................................... 6

**13. Labeling** .................................................................................................................... 6

    **Device User Manual** ................................................................................................... 6

    **Directions for Use** ....................................................................................................... 7

    **Indications for Use** ...................................................................................................... 7

    **Contraindications** ........................................................................................................ 7

    **Storage Conditions** ..................................................................................................... 7

    **Warnings** ...................................................................................................................... 7

    **Precautions** .................................................................................................................. 7

    **Appendix A** .................................................................................................................. 9

# Guidance for Industry and FDA Staff

# Class II Special Controls Guidance Document: Contact Cooling System for Aesthetic Use

## 1. Introduction

This guidance document was developed as a special control guidance to support the classification of the contact cooling system for aesthetic use into class II (special controls).  The device is intended to apply cooling to the body to achieve temporary changes in physical appearance.  This guidance document is issued in conjunction with a Federal Register notice announcing the classification of the contact cooling system for aesthetic use.

Following the effective date of the final rule, manufacturers of devices within this generic type of device will need to address the issues covered in the special control guidance.  However, the manufacturer need only show that its device meets the recommendations of the guidance or in some other way provides equivalent assurances of safety and effectiveness.

## 2. Background

FDA believes that special controls, when combined with the general controls, will be sufficient to provide reasonable assurance of the safety and effectiveness of the contact cooling system for aesthetic use.  Therefore, a manufacturer who intends to market a device of this generic type must (1) conform to the general controls of the Federal Food, Drug & Cosmetic Act (the FD&C Act), including the premarket notification requirements described in 21 CFR 807 Subpart E, (2) address the specific risks to health associated with the contact cooling system for aesthetic use, including those identified in this guidance, and (3) obtain a substantial equivalence determination from FDA prior to marketing the device.

This special control guidance document identifies the classification regulation and product code for the contact cooling system for aesthetic use (refer to **Section 3. Scope**).  Other sections of this guidance document list the risks to health FDA has identified and describe measures that, if followed by manufacturers and combined with the general controls, will generally address the risks associated with these contact cooling systems and lead to a

timely 510(k) review.  This document supplements other FDA documents regarding the specific content requirements of a premarket notification submission.  You should also refer to 21 CFR 807.87, the guidance, **Format for Traditional and Abbreviated 510(k)s**[1] and the section of CDRH's Device Advice, **Premarket Notification Submission 510(k)**.[2]

# 3. Scope

The scope of this document is limited to the following class II device (product code OOK) described below.

> **21 CFR 878.4340** Contact Cooling System for Aesthetic Use
>
> Identification.  A Contact Cooling System for Aesthetic Use is a device that is a combination of a cooling pad associated with a vacuum or mechanical massager intended for the disruption of adipocyte cells intended for non-invasive aesthetic use.
>
> Classification.  Class II (special controls).  The special controls are:  The FDA guidance document entitled:  "Guidance for Industry and Food and Drug Administration Staff; Class II Special Controls Guidance Document: Contact Cooling System for Aesthetic Use."

# 4. Device Description

We recommend you identify your device using regulation and product code described in **Section 3. Scope** and include the following:

> **Device Components**
> We recommend you identify all components, system software, and accessories within the scope of the 510(k).
>
> **Photograph or Drawing of the Device**
> We recommend you provide a photograph or drawing of the device.  We also recommend you provide a functional block diagram (including all accessories).
>
> **Comparison to the Predicate Device**
> We recommend you explain how your device and the predicate are similar, with respect to indications for use and technological characteristics.

# 5. Risks to Health

---

[1]

http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/ucm084365.htm

[2]

http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/HowtoMarketYourDevice/PremarketSubmissions/PremarketNotification510k/default.htm

In the table below, FDA has identified the risks to health generally associated with the use of the contact cooling system for aesthetic use addressed in this document. The measures recommended to mitigate these identified risks are given in this guidance document, as also shown in the table below. You should also conduct a risk analysis before submitting your premarket notification to identify any other risks specific to your device. We recommend the premarket notification describe the risk analysis method and include the results. If you elect to use an alternative approach to address a particular risk identified in this guidance document, or you have identified risks additional to those in the guidance, you should provide sufficient detail to support the approach you have used to address that risk.

| Identified Risk | Recommended Mitigation Measures |
|---|---|
| Discomfort, Pain, Tenderness | Section 6. Bench Testing<br>Section 9. Clinical Testing<br>Section 13. Labeling |
| Thermal Injury (Tissue Damage from Uncontrolled Cooling) | Section 6. Bench Testing<br>Section 7. Software Validation<br>Section 8  Animal Testing<br>Section 9. Clinical Testing<br>Section 11. Electromagnetic Compatibility (IEC 60601-1-2)<br>Section 13. Labeling |
| Systemic Response to Cold | Section 9. Clinical Testing<br>Section 13. Labeling |
| Electrical Shock | Section 12. Electrical and Mechanical Safety Performance Testing (IEC 60601-1) |
| Inflammation/Foreign Body Response | Section 10. Biocompatibility (ISO 10993) |
| Use Error | Section 13. Labeling |

# 6. Bench Testing

We recommend that preclinical testing be performed to demonstrate that the contact cooling system for aesthetic use meets all design specification and performance requirements.  The testing should confirm that interface temperature shall have a steady state accuracy within $\pm\ 0.5^{\circ}$C of the target value, that feedback and control of the cooling mechanism is active during treatment, and that there is a mechanism incorporated into the device to ensure the device does not exceed a safe cooling limit.   Testing should demonstrate the accuracy of the method for targeting the region of interest and, if applicable, for monitoring the progress or result of treatment.  If a vacuum system is included in the device design, a mechanism should be incorporated to ensure that the device does not exceed a safe vacuum limit.

Testing should be performed to assess the probability of system failure, the means by which system failure can be mitigated, and the means by which system failure is apparent to the user.  The overall system should be tested to ensure proper performance to design

specifications and to assess the failure modes and probabilities. Bench testing may also be used to assess the likelihood that the conditions of use may affect system performance.

# 7. Software Validation

We recommend that you submit the information for software-controlled devices described in **Guidance for the Content of Premarket Submissions for Software Contained in Medical Devices**.[3] The kind of information we recommend you submit is determined by the "level of concern," which is related to risks associated with software failure. The level of concern for a device may be minor, moderate, or major. FDA believes that the software used to operate the device presents a "moderate level of concern" as described in the Software Guidance because a failure or latent design flaw could directly result in minor injury to the patient or operator.

In addition, we recommend that the development of the control software follow IEC 60601-1-4: Medical electrical equipment – Part 1-4; "General Requirements for Safety; Collateral Standard: Programmable electrical medical devices" or equivalent methods.

# 8. Animal Testing

We recommend that you evaluate the functionality and safety of the contact cooling system for aesthetic use under simulated use conditions using *in vivo* or *ex vivo* models as appropriate. Studies should characterize dose dependent tissue effects and permit an assessment of the probability of an inadvertent deposition of energy into distal and/or surrounding non-target tissue. In addition to mitigating the risks of an unintentional dose being delivered to non-target tissue, evidence should be provided that demonstrates that the desired tissue effects are limited to well-defined target areas with clearly evident boundaries. Testing protocols should also simulate actual use conditions and demonstrate the system's functional ability. Tissue histology demonstrating evidence of targeted cell death while ensuring normal cellular appearance of surrounding tissue could be a critical component of this testing.

The conduct of preclinical animal studies should follow modern practices of humane care and use (please refer to **Appendix A**), including thorough veterinary medical record-keeping at all stages of the study, appropriate training of personnel, and adequate controls for the minimization of infections, pain and distress, and other experimental confounders. Standard operating procedures consistent with refinements, reductions, and where appropriate validated models exist, replacement, should also be implemented.[4] FDA also

---

[3]

https://www.fda.gov/downloads/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/ucm089593.pdf

[4] ANSI/AAMI/ISO 10993-2:2006: Biological evaluation of medical devices – Part 2: Animal welfare requirements
And

requires that animal studies to support marketing and research applications are conducted in compliance with Good Laboratory Practice for Nonclinical Laboratory Studies (21 CFR Part 58).

# 9. Clinical Testing

FDA may recommend that you collect clinical data for a contact cooling system for aesthetic use with any of the following:

- indications for use different from a legally marketed system of the same type (including different anatomical sites);

- designs different from designs previously cleared under a premarket notification; or

- new technology, i.e., technology different from that used in legally marketed contact cooling systems for aesthetic use.

FDA will consider alternatives to clinical testing when the proposed alternatives are supported by an adequate scientific rationale.

If a clinical study is needed, we recommend that you evaluate the safety and effectiveness of the particular contact cooling system for aesthetic use demonstrating its ability to achieve the desired aesthetic results in a significant portion of the target population when used for the proposed indications for use and under the proposed conditions of use, including adequate direction for use and warnings against unsafe use that appear in the labeling. We suggest that you use any clinical studies that are conducted to confirm the safety of the device that was established through bench and animal testing.

If a clinical study is needed to demonstrate substantial equivalence, i.e., conducted prior to obtaining a 510(k) clearance of the device, the study must be conducted under the Investigational Device Exemptions (IDE) regulation, 21 CFR Part 812. We believe that the system addressed by this guidance document is a significant risk device as defined in 21 CFR 812.3(m).[5] In addition to the requirement of having an FDA-approved IDE, sponsors of such trials must comply with the regulations governing institutional review boards (21 CFR Part 56) and informed consent (21 CFR Part 50).

# 10. Biocompatibility

---

Russell, W.M.S. and Burch, R.L., The Principles of Humane Experimental Technique. Methuen, London, 1959. Reprinted by UFAW, 1992: 8 Hamilton Close, South Mimms, Potters Bar, Herts EN6 3QD England. ISBN 0 900767 78 2

[5] For additional information regarding clinical trial requirements, see Information Sheet Guidances Guidance for Institutional Review Boards, Clinical Investigators, and Sponsors , available at: http://www.fda.gov/ScienceResearch/SpecialTopics/RunningClinicalTrials/GuidancesInformationSheetsandNotices/default.htm

We recommend that you evaluate the biocompatibility of the device as described in the International Organization for Standardization (ISO) standard ISO 10993-1, Biological Evaluation of Medical Devices Part 1: Evaluation and Testing for intermittent external contact with intact external body surfaces. If identical materials and identical material processing are used in a predicate device with the same type and duration of patient contact, you may identify the predicate device in lieu of performing biocompatibility testing.

# 11. Electromagnetic Compatibility (EMC)

We recommend that you demonstrate the EMC of the device by performing EMC testing as described in the following FDA-recognized standard or equivalent method.

- IEC 60601-1-2 (Second Edition, 2001) Medical Electrical Equipment – Part 1: General Requirements for Safety; Electromagnetic compatibility – Requirements and Tests.

# 12. Electrical and Mechanical Safety Performance Testing

We recommend that you demonstrate the electrical and mechanical safety of the device by performing electrical and mechanical safety testing as described in the following FDA-recognized standard or equivalent method.

- IEC 60601-1, Medical Electrical Equipment – Part 1: General Requirements for Safety.

# 13. Labeling

The premarket notification must include labeling in sufficient detail to satisfy the requirements of 21 CFR 807.87(e). The following suggestions are aimed at assisting you in preparing the labeling that satisfies the requirements of 21 CFR Part 801.[6]

**Device User Manual**
We recommend that you provide a user manual with the device. The user manual should include descriptions of:
- the device and all accessories
- how the device interconnects with other components or accessories
- all features, functions, output modalities, and specifications
- all user-accessible controls
- summary of clinical testing

---

[6] Although final labeling is not required for 510(k) clearance, final labeling must comply with the requirements of 21 CFR Part 801 before a medical device is introduced into interstate commerce. In addition, final labeling for prescription medical devices must comply with 21 CFR 801.109. Labeling recommendations in this guidance are consistent with the requirements of Part 801.

- indicators, markings, and/or labels on the device which provide information regarding the function or meaning of each control, display output jack, etc.
- illustrations of the device and accessories

**Directions for Use**

As a prescription device, under 21 CFR 801.109, the device is exempt from having adequate directions for lay use. Labeling must include, however, adequate information for practitioner use of the device, including indications, effects, routes, methods, frequency and duration of administration and any relevant hazards, contraindications, side effects and precautions. (21 CFR 801.109(d)).

**Indications for Use**

We recommend the indications for use statement include that the device is intended as a non-invasive dermatological aesthetic treatment and name the area or areas of use. We recommend that the indications for use be included in the user manual.

**Contraindications**

We recommend that you advise users not to use the device in areas of open wounds or lesions, active implantables (e.g., pacemakers or defibrillators), or metallic implants, or on individuals who have cryoglobulinemia or paroxysmal cold hemoglobinuria or any other disease conditions that could be exacerbated by topical cooling.

**Storage Conditions**

We recommend that storage conditions be included in the user manual.

**Warnings**

Should describe serious adverse reactions and potential safety hazards, limitations in use imposed by them, and steps that should be taken if they occur.

Should include an appropriate warning if there is reasonable evidence of an association of a serious hazard with the use of the device. A causal relationship need not have been proved.

Should include an appropriate warning that there is a potential hazard for individuals who may have underlying cold sensitive health conditions or reduced skin sensitivity due to other medical conditions.

We believe a warning is appropriate when the device is commonly used for a disease or condition for which there is a lack of valid scientific evidence of effectiveness for that disease or condition and such usage is associated with a serious risk or hazard.

**Precautions**

Should include information regarding any special care to be exercised by the practitioner and/or patient for the safe and effective use of the device, for example:

- Should identify any laboratory tests or other evaluations that may be helpful in following the patient's response or identify adverse reactions and, if appropriate, specify the frequency of such tests or evaluations before, during and after use of the device.

# Appendix A

As stated in Section 9, the conduct of preclinical animal studies should follow modern practices of humane care and use. All animal studies should be designed based on the modern practices described in the following references.

1. Animal Welfare Act, Code of Federal Regulations, Title 9 Volume 1, 7 USC 2131-2156
   - Definitions: http://www.access.gpo.gov/nara/cfr/waisidx_03/9cfr1_03.html
   - Regulations: http://www.access.gpo.gov/nara/cfr/waisidx_03/9cfr2_03.html
   - Standards: http://www.access.gpo.gov/nara/cfr/waisidx_03/9cfr3_03.html
   - Applicable Policies: http://www.aphis.usda.gov/animal_welfare/policy.shtml

2. Public Health Service Policy on Humane Care and Use of Laboratory Animals, Office of Protection from Research Risks, NIH, Bethesda, MD, 1996: http://grants.nih.gov/grants/olaw/references/phspol.htm

3. Public Law 99-158 "Animals in Research" Health Research Extension Act of 1985 November 20, 1985. http://grants.nih.gov/grants/olaw/references/phspol.htm#Health%20Research%20Extension%20Act%20of%201985.

4. US Government Principles for the Utilization of and Care of Vertebrate Animals Used in Testing, Research, and Training. http://grants.nih.gov/grants/olaw/references/phspol.htm#USGovPrinciples.

5. Guide for the Care and Use of Laboratory Animals. National Research Council, Institute of Laboratory Animal Resources Commission on Life Sciences 1996. National Academies of Science Press, Washington, DC. http://www.nap.edu/openbook.php?record_id=5140&page=8

Exhibit 2



# User Manual
# CoolSculpting System
## (ZELTIQ Breeze System)

 **ZELTIQ Aesthetics, Inc.**
4698 Willow Road
Pleasanton, CA 94588 USA
(925) 474-2500
www.coolsculpting.com

 **Authorized Representative**
Emergo Europe
Molenstraat 15
2513 BH, The Hague
The Netherlands

 **ZELTIQ Customer Service**
Worldwide: (+1) 925-474-8160
USA: (+1) 888-935-8471
(1-888-ZELTIQ1)



BRZ-101-TUM-EN2-E

# Preface

Contents

- Intellectual Property ............................................................2
- Intended Use ........................................................................2
- Contraindications................................................................3
- Warnings..............................................................................3
- Cautions ..............................................................................4
- Side Effects .........................................................................4
- Potential for Tissue Damage.................................................5
- ZELTIQ Customer Service ....................................................5
- About the System ................................................................5
- Professional Use ..................................................................5
- Summary of Study with Modified Treatment Parameters.....8
- System Symbols ...................................................................9
- User Documentation...........................................................10

## Intellectual Property

Copyright© 2015 ZELTIQ Aesthetics, Inc. All rights reserved. Unauthorized duplication or use is prohibited. COOLSCULPTING®, ZELTIQ®, and FREEZE DETECT® are registered trademarks of ZELTIQ Aesthetics, Inc. The procedures described in this document are covered by U.S. Patent 7,367,341. Additional issued patents and patent applications pending worldwide relate to the products and procedures described in this document. For complete information on patents, go to http://www.coolsculpting.com/about-zeltiq/patents/

> **WARNING:** Unauthorized modification or repair of the control unit, its components, or supplies may result in unsafe conditions and/or impaired performance. No modification of this equipment is allowed without express authorization from ZELTIQ. Any unauthorized modification or repair will void the warranty.

Your system may be labeled as the CoolSculpting® System, ZELTIQ® System, ZELTIQ® Breeze System, or the ZELTIQ® Lipolysis System.

## Intended Use

The CoolSculpting System (system) is a skin cooling or heating device. The device is indicated for cold-assisted lipolysis of the thigh, abdomen, and flank, or "love handles" in individuals with a Body Mass Index (BMI) of 30 or less. The device is intended to affect the appearance of the thigh, abdomen, and the flank. Cooling with the device may also be used to minimize pain and thermal injury during laser and dermatological treatments and act as a local anesthetic for procedures that induce minor local discomfort.

The CoolSculpting System is also indicated for use to provide localized thermal therapy (hot or cold) to minimize pain post-trauma and post-surgery, and for temporary relief of minor aches, pains, and muscle spasms. The optional massage function can also be used for the temporary relief of minor muscle aches, pain, and spasm, for temporary improvement in local circulation and temporary reduction in the appearance of cellulite.

The ZELTIQ Gelpad facilitates thermal contact of the device with a patient's skin by mitigating minor variances in device-to-skin contact.

CONFIDENTIAL                                                                               Zeltiq Prod. 069724

---
CAUTION: ℞ ONLY  In the United States of America, Federal law
restricts this device to sale by or on the order of a physician.

---

## Contraindications

Localized skin cooling is contraindicated in patients who have:

- Cryoglobulinemia
- Paroxysmal cold hemoglobinuria

## Warnings

Caution should be taken when localized cooling or heating is performed under the following
conditions, the effects of which have not been studied:

- Known sensitivity to cold such as cold urticaria or Raynaud's disease
- Impaired peripheral circulation in the area to be treated
- Neuropathic disorders such as post-herpetic neuralgia or diabetic neuropathy
- Impaired skin sensation
- Open or infected wounds
- Bleeding disorders or concomitant use of blood thinners
- Recent surgery or scar tissue in the area to be treated
- Hernia in or adjacent to the treatment site
- Skin conditions such as eczema, dermatitis, or rashes in the area to be treated
- Pregnancy or lactation

Use of the system for lipolysis should not include areas of the body with a subcutaneous fat layer
thickness of less than 1 cm.

The effect of performing a CoolSculpting treatment (treatment) with a vacuum applicator on a
patient who has a hernia in or adjacent to the treatment site has not been studied. The applicator
uses vacuum pressure to draw tissue into the applicator cup during the treatment. The vacuum
pressure may therefore apply pressure on a pre-existing hernia or pre-existing structurally weak
area such as a surgical scar, causing further complications. Physicians should examine that patient
for evidence of pre-existing abdominal or femoral hernia prior to use of the device.

The effect of performing treatments directly over active implanted devices, such as pacemakers and
defibrillators, is not known.

Patients with chronic pain, sensitivity to cold, or an anxiety disorder may be more prone to pain or
discomfort during the treatment.

---
WARNING:  The use of other electronic medical devices on a patient
who is undergoing a treatment might interfere with the correct
functioning of the system, possibly resulting in injury to the patient.
Do not use other electronic medical devices on a patient who is
undergoing a treatment.

---

---
WARNING:  Before using the system, read and understand the User
Documentation set (User Documentation on page 10).

---

CONFIDENTIAL                                                                        Zeltiq Prod. 069725

# Cautions

The system is intended for use by a trained physician or a physician-designated medical professional.

If the operator observes a potential safety issue or operational abnormality during use, the treatment should be terminated and ZELTIQ Customer Service should be contacted promptly.

The use of other equipment and supplies with the system has not been tested and may cause unexpected results.

## Side Effects

The following effects can occur in the treatment area during and after a treatment. These effects are temporary and generally resolve within days or weeks.

During a treatment:

- Sensations of pulling, tugging, and mild pinching.
- Intense cold, tingling, stinging, aching, cramping. These sensations subside as the area becomes numb.

Immediately after a treatment:

- Redness and firmness.
- Transient blanching and/or mild bruising around the edges of the treatment area.
- Tingling and stinging.

One to two weeks after a treatment:

- Redness, bruising, and swelling.
- Tenderness, cramping, and aching.
- Itching, skin sensitivity, tingling, and numbness. Numbness can persist up to several weeks after a treatment.

### Rare Side Effects

- Paradoxical hyperplasia: Visibly enlarged tissue volume within the treatment area, which may develop two to five months after treatment. Surgical intervention may be required.
- Late-onset pain with a typical onset several days after a treatment and resolution within several weeks.
- Freeze burn: First and second degree freeze burn may occur during treatment. It typically resolves without sequelae with proper care.
- Vasovagal symptoms: Dizziness, lightheadedness, nausea, flushing, sweating, or fainting during or immediately after the treatment.
- Subcutaneous induration: Generalized hardness and/or discrete nodules within the treatment area, which may develop after the treatment, and may present with pain and/or discomfort.
- Hyperpigmentation: Hyperpigmentation may occur after treatment. Typically, it resolves spontaneously.
- Hernia: Treatment may cause new hernia formation or exacerbate pre-existing hernia, which may require surgical repair.

Freeze burn, vasovagal symptoms, and hyperpigmentation were observed during clinical trials, while the others were reported in post market use.

CONFIDENTIAL                                                                              Zeltiq Prod. 069726

## Potential for Tissue Damage

The system operates at temperatures below 0°C, which can freeze tissue. Therefore, the system monitors tissue during cooling and employs multiple safety features including the Freeze Detect® system, to minimize the risk of damage to tissue. In spite of these measures, on rare occasions, the Freeze Detect system can detect a possible freeze condition.

The Freeze Detect system is comprised of several features, including thermal sensors and proprietary algorithmic software. Freeze Detect is an integral part of the CoolSculpting System and is automatically employed when a treatment is initiated. When the Freeze Detect system detects a possible freeze condition, it stops the treatment and displays a Z409 message. If you receive this message, remove the applicator and gelpad, and assess the tissue before taking further action. If you receive a second Z409 message for one treatment site, discontinue the treatment. Failure to follow instructions could result in injury to the patient, including first- or second-degree burns. Second-degree burns or complications of second-degree burns may result in hypopigmentation.

## ZELTIQ Customer Service

- Worldwide: (+1) 925-474-8160
- U.S.A.: 1-888-935-8471 (1-888-ZELTIQ1)

## About the System

The system is comprised of a control unit, a surface or vacuum applicator, and supplies such as cards, foam borders, gelpads, liners, pretreatment skin wipes, and securement systems. The applicators, foam borders, gelpads, liners, pretreatment skin wipes, and securement systems are patient-applied parts.

During a treatment, the operator applies a gelpad and applicator to the patient's skin. The vacuum applicator draws tissue into the applicator cup and holds the tissue against the applicator panels; the surface applicator does not use vacuum pressure. The operator starts the treatment. Sensors in the applicator panels monitor the skin surface, providing feedback that controls the rate of heat flux. The gelpad protects the skin by providing thermal coupling at the interface between the applicator panels and the skin. The card provides cycles and profiles for use with the system.

## Professional Use

### Clinical Findings

NOTE: When the flank, abdomen, and thigh studies were performed, the degree of cooling or warming during a treatment was expressed as the Cooling Intensity Factor (CIF). The CIF was an index that represented the rate of heat flux into or out of tissue relative to 37°C. A positive CIF described the rate of heat flux out of tissue. A negative CIF referred to the rate of heat flux into tissue. The studies in this section used the CIF as a unit of measure.

#### Skin Cooling for Fat Layer Reduction

The ZELTIQ Lipolysis System has undergone significant pre-clinical and clinical investigation (data on file at ZELTIQ). The clinical investigation and results pertaining to skin cooling for fat layer reduction in flanks are detailed in this section. Additionally, separate studies pertaining to lipolysis of the abdomen and thigh are summarized at the end of this section.

### Flank Study

#### Assessment Time Line

A clinical study that enrolled 60 healthy adult subjects, aged 23 to 65 years at two clinical centers was conducted from August 2007 through June 2008. Each individual received one or more

CONFIDENTIAL                                                                        Zeltiq Prod. 069727

applications of the ZELTIQ Lipolysis System with a ZELTIQ vacuum applicator. Assessments of treatment efficacy and safety were performed as follows:

| | Day 0 Treatment | 1 Week | 2 Months | | 6 Months |
|---|---|---|---|---|---|
| Consent Screening | Photographs / Ultrasound / Baseline / Demographics / Clinical Assessment | Phone Follow-up / Clinical Assessment | Photographs / Ultrasound / Clinical Assessment | | Photographs / Ultrasound / Clinical Assessment |

Four groups were treated with the treatment regimens shown in Table 1. A short period (two to five minutes) of simultaneous tissue cooling and massage was used during each treatment to facilitate lipolysis. For each subject, the larger of the two flank bulges was treated, leaving the contralateral side as an untreated control.

| Treatment Group | Number of Subjects | Cooling Intensity Factor (CIF) | Temperature | Cooling Duration (minutes) | Energy Extraction Rate (mW/cm2) |
|---|---|---|---|---|---|
| 1 | 28 | 33 | -4°C | 60 min | 63.6 |
| 2 | 11 | 37 | -7°C | 30 min | 68.3 |
| 3 | 11 | 37 | -7°C | 45 min | 68.3 |
| 4 | 10 | 42 | -10°C | 30 min | 72.9 |

Table 1: Treatment Regimens

## Clinical Efficacy Results

### Blinded Photographic Evaluation

Efficacy was determined by photographic evaluation, ultrasound fat-thickness measurements, clinical assessments, and subject satisfaction. A blinded photographic evaluation was performed of 50 evaluable subjects in which three blinded reviewers were provided two series of photographs for each subject, one series taken at baseline, and the other taken post-treatment. Each reviewer was asked to identify the baseline photo series independently. In the blinded photographic review of all subjects the reviewers correctly identified the baseline photo series 88.6% of the time.

| Treatment Group | Number of Subjects | All Data % Correct ± % SE | All Data p-values |
|---|---|---|---|
| All Groups | 50 | 88.6 ± 4.1 | < 0.001* |
| Group 1 | 20 | 90.7 ± 5.1 | < 0.001* |
| Group 2 | 10 | 90.0 ± 9.5 | < 0.005* |
| Group 3 | 11 | 90.9 ± 8.7 | < 0.001* |
| Group 4 | 9 | 66.7 ± 15.7 | < 0.4 |

Table 2:  Independent Photo Review Results

Post-treatment ultrasound measurements of fat layer thickness were compared with baseline measurements, using the untreated control side to normalize for weight changes that may have

CONFIDENTIAL

occurred during the follow-up period. The fat layer reduction as measured with ultrasound averaged 18.7% from baseline, after being normalized by the untreated control side. Ultrasound measurements at two months and at six months indicate that on average, 75% of the total fat layer reduction for a subject was realized within two months of treatment.

## Clinical Safety Results

Reported side effects included pain during or post-treatment, minor or significant bruising of the treated area, temporary hypoesthesia, tingling, erythema, and edema. All side effects during this study resolved spontaneously, most resolved within hours or days of the treatment.

## Resolution of Hypoesthesia

Partial numbness and, to a lesser extent tingling, over the skin of the application site were reported for all subjects immediately post-treatment and for 68% of subjects by one week post-treatment. Partial numbness or tingling is a temporary and anticipated effect of the treatment and was found to resolve without intervention within two to three weeks on average, although in 8.3% of the cases these effects endured for as long as two months.

## Adverse Events

There were four relatively minor adverse events; each was anticipated and resolved without intervention. During treatment, two adverse events were reported involving pain and/or discomfort. Each of these resolved after treatment was discontinued. Following treatment, two adverse events were reported: severe bruising and minor cramping or muscle spasm in the treatment area. Both resolved without intervention within four weeks. None of the adverse events reported during this study was considered serious or unanticipated.

During the clinical investigation, serum lipids and liver enzymes were measured in a subset of 20 subjects at times from 1 week to 12 weeks post-treatment to determine whether the CoolSculpting treatment had an effect on clinical chemistry. The following analytes were measured: Cholesterol, Triglycerides, HDL Cholesterol, LDL Cholesterol, VLDL Cholesterol, Cholesterol/HDL Ratio, Total Protein, Albumin, AST-SGOT, ALT-SGPT, Total Bilirubin, and Direct Bilirubin. No clinically meaningful or statistically significant changes were found for serum lipids or liver enzyme data from baseline over the duration of the study.

## BMI Recommendations

For best results, patients should have a BMI of 30 or less and should maintain a healthy lifestyle following a treatment. The study evaluations for this clinical investigation included subjects with a Body Mass Index up to 38.7; however, patients who are significantly overweight are less likely to appreciate a significant improvement with a single treatment.

## Skin Type

The clinical investigation subject population included Fitzpatrick skin types ranging from I to VI, with the majority of subjects being types II to IV. No change in skin pigmentation was observed following a treatment.

Based on the clinical data, ZELTIQ recommends that practitioners read this Preface carefully and pay special attention to warnings and cautions throughout the User Manual and Directions for Use.

# Summary of Abdomen Study

## Cold-Assisted Lipolysis of the Fat Layer of the Abdomen

A separate clinical investigation with the CoolSculpting device on the fat layer of the abdomen resulted in a clinically measureable reduction of local subcutaneous fat of the abdomen, in the same manner that that was previously demonstrated for the flank. Treatments were performed at -10°C (CIF 42) for 60 minutes. The primary endpoint results (Independent Photo Review) revealed that the

percent correct identification of the pre-treatment images exceeded the pre-established 80% criterion and is statistically significant. Fat layer reduction in the treated area of the abdomen was further documented by ultrasound imaging which also revealed a statistically significant and clinically relevant reduction.

Study data also revealed that the treatment is as safe when used in the abdomen as previously tested for the flank. Data collected during the study demonstrated that the post-treatment lipid profile and liver function tests showed no statistically significant difference from baseline. This was true for mean values for the entire population as well as for each individual subject. No serious adverse events were reported during the abdomen study. The results of this clinical study provide supportive evidence that treatment with the CoolSculpting device provides consistent and clinically significant reduction of the fat layer of the abdomen.

## Summary of Thigh Studies

ZELTIQ conducted two clinical investigations to determine the safety and efficacy of cold-assisted lipolysis in the thigh region. In the inner thigh study, 90 treatments were completed with the flat cup vacuum applicator at -10°C (CIF 42); in the outer thigh study, 40 treatments were completed with the belt applicator at -10°C (CIF 23).. Follow-up data is available for both studies up to 16 weeks post-treatment. Three blinded evaluators assessed the photos for visible reduction of fat in the treatment areas at the 16 -week follow-up visit. The evaluators were presented with the series of photographs and were asked to identify the pre-treatment photographs for each subject.

The overall correct identification rate by the three evaluators was 90.5% for the inner thigh study and 83.9% for the outer thigh study. At least two out of three evaluators correctly identified 90.5% of all photo pairs for the inner thigh study and 87.1% for the outer thigh study. The results demonstrate that the ZELTIQ CoolSculpting System affects the appearance of the thighs.

Adverse events reported during the studies included numbness and mild contour irregularity. All adverse events but one resolved by the 16 week follow-up. A mild case of hyperpigmentation in the treatment area persisted beyond the 16 week follow-up. This is a rare side effect that typically resolves spontaneously.The clinical investigations demonstrate that use of the ZELTIQ CoolSculpting System can safely and effectively induce cold-assisted lipolysis in the thigh in the same manner as in the abdomen and flanks.

# Summary of Study with Modified Treatment Parameters

A study of a modified treatment parameter was designed to evaluate the safety and efficacy of the CoolSculpting System with a colder, shorter treatment. In this study, 63 treatments were completed with the CoolCurve+ applicator on 45 subjects. Each subject received one or two non-overlapping unilateral vacuum treatments of the flank at a treatment temperature of -15°C for 45 minutes; immediately after each treatment, the treated tissue was massaged manually for two minutes. Follow-up data is available for up to 16 weeks post-treatment.

Subject safety was assessed throughout the study, including immediately post-treatment, one-week post-treatment telephone follow-up, and at 8- and 16-week post-treatment clinic visits. The primary safety endpoint was the occurrence of device- or procedure-related adverse events. No serious adverse events were reported during the study or 16-week follow-up period. Adverse events reported during the study included mild numbness, post-treatment pain, hyperpigmentation, subcutaneous induration, and first-degree burn in the treatment area. All but three adverse events resolved by the 16 week follow-up. Three subjects reported mild numbness at the 16-week follow-up; all three reported resolution within the next 19 calendar days.

The primary efficacy endpoint was the change in fat layer thickness as measured with ultrasound. Fat layer reduction in the treated area of the flank was documented by ultrasound imaging pre-treatment and at 8 and 16 weeks post-treatment. Subsequent evaluation of the ultrasound images revealed a statistically significant and clinically relevant reduction.

CONFIDENTIAL            Zeltiq Prod. 069730

Secondary efficacy endpoints included correct identification of pre- and post-treatment images by three blinded independent reviewers, and subject satisfaction assessment by subject questionnaire. Photos taken at baseline and at the 16-week follow-up visits were reviewed by a blinded independent panel of three physicians board-certified in dermatology or plastic surgery. The overall correct identification rate by the three evaluators was 85%, which exceeded the pre-established 80% criterion and is statistically significant.

The secondary efficacy endpoint for subject satisfaction was performed by means of a questionnaire with questions about the comfort and subjective results of the treatment, and about the subject's attitudes toward CoolSculpting after treatment. With the exception of comfort, the majority of responses were positive to very positive.

These clinical findings demonstrate that use of the CoolSculpting System can safely and effectively induce cold-assisted lipolysis in the flank with treatment at -15°C for 45 minutes.

## System Symbols

The following symbols are used on the components of the system and on its supplies and packaging.

| Symbol | Description | Symbol | Description |
|---|---|---|---|
| | Manufacturer | EC REP | Authorized Representative in the European Community |
| | Follow instructions in the user manual and directions for use | | Consult instructions for use (user manual, directions for use) |
| CE | CE Marking | ! | Caution |
| | Do not reuse | | Do not use if package is damaged |
| | Type BF -- Floating patient applied parts. Not for use in conjunction with defibrillators. | ((•)) | Potential for Electromagnetic Interference |
| REF | Catalog number | SN | Serial number |
| | Quantity | LOT | Lot number |
| | Protective earth ground | | WARNING: High voltage |
| | Equipotential contact | ~ | Alternating current |
| | Use by | | Special disposal methods are required for this electrical device. Refer to local and national regulations. |
| | Locked position | | Unlocked position |

CONFIDENTIAL                                                                    Zeltiq Prod. 069731



| | On (Power) | | Off (Power) |
|---|---|---|---|
| | Peel here | SPU | Single patient use |
| | Regulatory Compliance Mark (Australia) | | cTUVus: Meets minimum electrical safety standards of Canada and the USA. |
| R̲x ONLY | CAUTION: Federal Law (USA) restricts this device to sale by or on the order of a physician | 30C | Machine wash, cold |
| | Do not bleach | | Tumble dry gentle, low heat |
| | Do not iron | | Do not dry clean |

Table 3: System Symbols

For information on symbols and indicators that are displayed on the screen, see System Overview on page 13.

## User Documentation

NOTE:  All images in ZELTIQ user documentation are sample images. Your hardware and information on the system screen may differ from those depicted in the documentation.

### User Manual

The User Manual provides detailed information on the components of the system, contraindications and side effects, performing treatments, troubleshooting, and cleaning, and maintenance.

### Directions for Use

A directions for use document is included with each type of applicator, foam border, gelpad, liner, pretreatment skin wipe, and securement system. The document provides up-to-date information on safety and usage. Refer to the most recent directions for use for each item.

ZELTIQ reserves the right to modify the content of the user documentation at any time. Retain the most current user documentation and always review it prior to using any component of the system.

### Conventions in User Documentation

| Name | Description |
|---|---|
| Note | Additional information that is not associated with risk. |
| Caution | Use or misuse of the device is associated with risk of minor temporary injury and damage to equipment. |
| Warning | Use or misuse of the device is associated with risk of serious and/or permanent injury and death. |

Table 4: Conventions in User Documentation

CONFIDENTIAL                                                          Zeltiq Prod. 069732

# Table of Contents

Preface..................................................................................................................2
   Intellectual Property ...............................................................................2
   Intended Use ..........................................................................................2
   Contraindications ....................................................................................3
   Warnings .................................................................................................3
   Cautions ..................................................................................................4
   Side Effects .............................................................................................4
   Potential for Tissue Damage....................................................................5
   ZELTIQ Customer Service.......................................................................5
   About the System ...................................................................................5
   Professional Use......................................................................................5
   Summary of Study with Modified Treatment Parameters .........................8
   System Symbols ......................................................................................9
   User Documentation ...............................................................................10
Chapter 1  System Overview....................................................................13
   Control Unit.............................................................................................13
   Applicators .............................................................................................21
   Supplies ..................................................................................................21
Chapter 2  Treatment ..............................................................................23
   Overview .................................................................................................23
   Perform a Treatment...............................................................................23
   Perform Another Treatment ....................................................................31
   Cancel a Treatment.................................................................................33
   About Restarting a Treatment.................................................................35
   Complete a Treatment.............................................................................36
Chapter 3  Cleaning and Maintenance......................................................39
   Cleaning .................................................................................................39
   Maintenance ...........................................................................................40
   Disassembling the Control Unit................................................................41
   Assembling the Control Unit ...................................................................44
   Connecting Latches, Hoses, and Cables .................................................45
   Customer Service....................................................................................46
Appendix A  System Messages..................................................................47
   ZELTIQ Customer Service.......................................................................47
   Recoverable Exceptions..........................................................................47
   Error Messages .......................................................................................49
   General Messages...................................................................................49
   Software Updates and Messages ............................................................50
Appendix B  System Tools.........................................................................51
   Controls for System Tools .......................................................................51
   System Log Screen.................................................................................51

CONFIDENTIAL

Zeltiq Prod. 069733

Card Log Screen ................................................................................53
Service Screen ..................................................................................54
Settings Screen ................................................................................56
Appendix C   System Specifications ........................................................61
Essential Performance ........................................................................61
Disposal of Hazardous Materials ..........................................................61
Environmental Requirements ................................................................61
Electrical Specifications ......................................................................62
Medical Safety Standards ....................................................................62
Electromagnetic Compatibility ............................................................62
Data Modem Specifications..................................................................66

CONFIDENTIAL

Zeltiq Prod. 069734

# CHAPTER 1

## SYSTEM OVERVIEW

Contents

- Control Unit ........................................................................ 13
- Applicators ........................................................................ 21
- Supplies ............................................................................ 21

This chapter describes the system.

## Control Unit

The control unit is a portable device that is used to start, stop, and monitor treatments.

- Control Unit - Front View on page 13
- Control Unit - Rear View on page 18

### Control Unit - Front View



### Components - Front View

1. Rail: When the applicator is resting on top of the control unit, the rail helps keep the applicator in place. In addition, the rail is used as a handle to move the system.
2. Vents: Vents provide airflow that reduces heat build-up inside the control unit. Ensure all vents are free from obstructions when the control unit is in operation.
3. Drawer: The drawer provides storage space for gelpads, user documentation, alcohol wipes, and other frequent-use items.
4. Casters and Locks: The control unit has four casters that swivel. Each caster has a lock. Always engage the locks on all four casters before you use the control unit.
5. Screen: The screen displays system controls, information about the status of the system, information about the treatment, and messages for the operator.

▶ *To engage and release the locks:*

1. Press down on the locking lever with the toe of your shoe.
2. Pull up on the locking lever with the toe of your shoe.

CONFIDENTIAL                                                                       Zeltiq Prod. 069735

### General Controls and Cues on the Screen

The screen on the control unit displays cues and control buttons.

| Button | Description | Name |
|---|---|---|
|  | Pay attention to safety concerns. | Caution |
|  | Connect the applicator to the control unit. | Applicator? Cue |
|  | Insert the card into the slot on the applicator. | Card? Cue |
|  | Display the list of profiles. | Display Profiles |
|  | Go to the next screen. | Next |
|  | Go to the previous screen. | Previous |
|  | Increase (Date and Time settings) | Increase |
|  | Decrease (Date and Time settings) | Decrease |
|  | Start | Start |
|  | Cancel | Cancel |
|  | Interrupt | Interrupt |
|  | Press Yes to confirm the selection | Yes Button |
|  | Press No to cancel the selection | No Button |
|  | Indicates that the system is not yet at treatment temperature. If this cue persists, contact Customer Service. | Thermometer Cue |
|  | Displays the time remaining in which to restart an interrupted treatment. | Restart Timer |

**Table 5: General Controls and Cues**

### Controls and Cues for the Vacuum Applicator

The screen on the control unit displays the following controls and cues when a vacuum applicator is connected to the control unit.

| Button | Description | Name |
|---|---|---|
|  | Install the liner onto the vacuum applicator. | Liner? |
|  | Do not use a gelpad that has wrinkles or tears (left). Ensure that the gelpad is smooth and without tears (right). | Gelpad Placement Cue |

CONFIDENTIAL

| Button | Description | Name |
|---|---|---|
| GELPAD? | Press to indicate that a new gelpad is on the treatment site. | GELPAD? |
| | Indicates that the gelpad was confirmed. | Gelpad Confirmed |
| | Place the applicator over the center of the gelpad. | Vacuum Applicator Placement Cue |
| | Place the applicator on the treatment site and wait until the Start button is displayed. | Tissue Draw |
| | Prompts you to activate vacuum pressure. | Activate Vacuum |
| | Vacuum | Vacuum |
| | Massage | Massage |
| | Off - Press to turn on. | Off |
| | On - Press to turn off. | On |
| 50 | View and modify vacuum settings for the treatment. | Vacuum Settings |
| | Display massage settings | Display |
| | Hide massage settings | Hide |
| Max 65 Min 50 | Modify vacuum settings for massage. | Max and Min Massage Settings |
| | Increase | Increase |
| | Decrease | Decrease |
| | Indicates that the system is preparing for the next action. | Progress Indicator |

**Table 6: Controls and Cues - Vacuum Applicator**

CONFIDENTIAL                                                                    Zeltiq Prod. 069737

## Controls and Cues for the Surface Applicator

The screen on the control unit displays the following cues and controls when a surface applicator is connected to the control unit.

| Button | Description | Name |
|---|---|---|
|  | Apply foam borders, gelpad, and liner. | Surface Applicator Site Preparation Cue |
|  | Press to indicate that the required site preparation is complete. | CONFIRM? Site Preparation |
|  | Indicates that site preparation was confirmed. | Site Preparation Confirmed |
|  | Place the applicator between the borders and attach the securement system. | Surface Applicator Placement Cue |

Table 7: Controls and Cues - Surface Applicator

## Patient Data Controls

| Button | Description | Name |
|---|---|---|
|  | The patient is new to the practice. | New to Practice |
|  | The patient is returning to the practice. | Returning to Practice |
|  | The patient is female. | Female Patient |
|  | The patient is male. | Male Patient |
|  | Perform another treatment on the same patient. | Same Patient |
|  | Perform a treatment on the next patient. | Next Patient |

Table 8: Patient Data Controls

NOTE: If the Patient Data controls are not displayed, contact Customer Service.

CONFIDENTIAL                                                     Zeltiq Prod. 069738

**Body Profile Screen**

The Body Profile screen shows outlines of a male or female patient. In this example, a female patient is displayed.



▶ *To select a treatment site:*

1. Press the desired body part.



If the selected part is not available, the system emits a tone.

In this example, the flanks are selected for a female patient.

**Progress Bar**

The Progress Bar displays information about the current treatment.

In the examples below, a vacuum profile is presented.



| Sample | Description |
|--------|-------------|
| 60:00 | Duration of the treatment in MM:SS or H:MM:SS. (H = hours, MM = minutes and SS = seconds). This treatment will last 60:00 minutes. |
| | The treatment progress indicator shows the current stage of the treatment. |
| | (Vacuum applicator only) Massage: The tilde appears above a segment that includes massage. |

**Table 9: Progress Bar**

CONFIDENTIAL                                                        Zeltiq Prod. 069739

**Audible Tones**

The control unit beeps:

- When the operator presses a button on the screen
- When the operator presses a button on the applicator touch pad
- When a treatment begins
- When the system detects an error
- When a treatment ends

## Control Unit - Rear View



## Components: Control Unit, Rear View

1. Rail: When the applicator is resting on top of the control unit, the rail helps keep the applicator in place. In addition, the rail is used as a handle to move the system.

2. Vents: Vents provide airflow that reduces heat build-up inside the control unit. Ensure that all vents are free from obstructions when the control unit is in operation.

3. Latches: The latches lock the upper and lower modules of the control unit together.

4. Antenna: The antenna and data modem send data to ZELTIQ. (Availability and use of the data modem are subject to regional limitations.)

5. Casters and locks: The control unit has four casters that swivel. Each caster has a lock. Always engage the locks on all four casters before you use the control unit.

6. Cleats: When the power cord is not in use, wrap it loosely around the cleats.

7. Chiller tank cap: The chiller tank cap provides access to the chiller tank for checking the coolant level and adding coolant.

8. Support Arm: Drape the applicator cable over the support arm to minimize drag on the connections and to keep the cable out of your way. Use the Velcro® straps to secure the cable to the support arm.

CONFIDENTIAL                                                                    Zeltiq Prod. 069740

**Power Cord Clamp**

The power cord clamp attaches the power cord to the rear of the control unit. Install the power cord clamp before using the system. If the power cord is dislodged during a treatment, the treatment will be ended abruptly.



▶ *To install the power cord clamp:*

1. Insert the thumbscrew into the hole on the rear of the control unit.
2. Using your fingers, turn the thumbscrew until it is snug.

**Power Switch and Power Receptacle**

The power switch controls power to the control unit and system components. The power receptacle houses the plug for the power cord.



**Components**

1. Power Switch
2. Power Receptacle

▶ *To power on the control unit:*

1. Insert one end of the power cord into the power receptacle.
2. Insert the other end of the power cord into a grounded wall outlet.
3. Press the power switch on the back of the control unit to the On position.
4. The control unit powers on and displays the first screen.

**Potential Equalization Test Connector**

The test connector is for use by trained personnel only.

**Access Panel**

▶ *To open the access panel cover:*

1. Turn the thumb screw on the cover counterclockwise until it is loose.



CONFIDENTIAL                                        Zeltiq Prod. 069741

2. Open the cover downward.

The block holds the cover in a perpendicular position.



**Components: Access Panel**

1. Upper Port: The upper USB port (rectangular) is intended for use with approved software and hardware provided by ZELTIQ.

2. Lower Port: The lower USB port (square) is for use by ZELTIQ Customer Service personnel. Do not use the service port.

3. Vents: Vents provide airflow that reduces heat build-up inside the control unit. Ensure that all vents are free from obstructions when the control unit is in operation.

4. Cables: The cables connect the upper module to the base module and carry electrical information between the two modules.

5. Hoses: The hoses connect the upper module to the base module and carry coolant between the two modules.

6. Data Modem: The antenna and data modem send data to ZELTIQ. (Availability and use of the data modem are subject to regional limitations.)

**Moving the Control Unit**

▶ *To move the control unit:*

1. Power off the control unit.

2. Unplug the power cord from the wall outlet.

3. Wrap the power cord around the cleats on the back of the control unit.

Ensure that the cord does not exert force on the power cord clamp.

4. Release the locks on the casters.

5. Push or pull the rail to move the control unit to the new location.

6. Engage the locks on all four casters.

CONFIDENTIAL Zeltiq Prod. 069742

# Applicators

> **CAUTION:** Always use foam borders, gelpads, liners, and securement systems with the applicator as instructed in the directions for use.

The applicator delivers controlled cooling and warming to the treatment site; the vacuum applicator can deliver optional massage to the treatment site.

The applicator consists of the applicator connector, the applicator cable, and the applicator head. The applicator is used with supplies provided by ZELTIQ. Refer to the directions for use for information on selecting and using supplies for the applicator.

For information about using the applicator in a treatment, see:

- Attach the Applicator to the Control Unit on page 24
- Surface Applicator Treatment on page 30
- Vacuum Applicator Treatment on page 28

# Supplies

## Card

The card provides cycles and profiles for use with the system. Each cycle provides a single treatment. The profiles define the number of timed segments of cooling and warming. The profiles for a vacuum applicator may include massage segments.

- Elements of a Profile on page 23
- Insert a Card on page 26
- Select a Profile on page 27

## Coolant

The control unit requires an adequate supply of ZELTIQ coolant. When the coolant level is low, a `Recoverable Exception` message is displayed.

## Foam Borders

Foam borders minimize movement of the surface applicator during treatment. Refer to the directions for use for foam borders.

## Gelpad

The gelpad provides thermal contact between the applicator and the patient's skin. The gelpad is intended for a single use only. Refer to the gelpad directions for use for safety information on selecting and using gelpads.

## Liner

The liner provides a clean surface between the patient and the applicator and minimizes the spread of gel from the gelpad. Refer to the liner directions for use for information on selecting and using liners.

## Pretreatment Skin Wipe

Use the Pretreatment Skin Wipe (skin wipe) to prepare the treatment site before applying a gelpad. See Surface Applicator Treatment on page 30.

CONFIDENTIAL                                                         Zeltiq Prod. 069743

## Securement System

The securement system comprises a center panel and four straps. The securement system minimizes movement of the surface applicator during treatment. Refer to the securement system directions for use.

CONFIDENTIAL                                                                          Zeltiq Prod. 069744

# CHAPTER 2

## TREATMENT

Contents

- Overview...........................................................................23
- Perform a Treatment ............................................................23
- Perform Another Treatment.................................................31
- Cancel a Treatment..............................................................33
- About Restarting a Treatment.............................................35
- Complete a Treatment .........................................................36

## Overview

A treatment is comprised of timed segments of cooling and heating; a vacuum treatment may include optional massage. Each treatment is based on a profile, which is contained on the card. Each card contains a set number of cycles and a list of profiles. When all the cycles have been used, the card is expired.

### About Profiles

The profile defines the temperature and duration of a treatment. The surface applicator cools tissue from one side and the vacuum applicator cools tissue from two sides; therefore, the rate of heat extraction and the intensity of cooling achieved during a given period of time are greater with a vacuum applicator than with a surface applicator. However, the total heat extraction for a given treatment is a function of temperature and time, regardless of the applicator type.

### Elements of a Profile

A profile contains the following elements:

| Element | Description |
|---------|-------------|
| °C | The treatment temperature. |
| Time | The duration of the treatment. |
| Massage | (Vacuum applicator only) Massage segment: Yes or No. |

**Table 10: Elements of a Profile**

## Perform a Treatment

- Set up the Control Unit on page 24
- Attach the Applicator to the Control Unit on page 24
- Insert a Card on page 26
- Enter Patient Data on page 26
- Select a Profile on page 27
- Vacuum Applicator Treatment on page 28
- Surface Applicator Treatment on page 30

CONFIDENTIAL                                                          Zeltiq Prod. 069745

## Set up the Control Unit

▶ *To set up the control unit:*

1. Position the control unit next to the bed or chair to be used for the treatment.
2. Ensure that the vents on all four sides of the system have adequate ventilation.
3. Ensure that the operator can access the power switch easily.
4. Insert the power plug into a grounded outlet that is labeled Hospital Grade.

> **WARNING:  To minimize the risk of electric shock, connect this equipment to a grounded electrical outlet.**

1. Engage the locks on all four casters.
2. Power on the control unit.

   The Applicator? and Card? cues are displayed on the Startup screen.



## Attach the Applicator to the Control Unit

These examples show a vacuum applicator.

▶ *To attach the applicator to the control unit:*

1. Ensure that the support arm is installed on the side of the control unit that will be next to the treatment bed or chair.

   To install the support arm, insert the straight end into the jack.

2. Place the applicator on top of the control unit.
3. Position the connector above the connector plate.



CONFIDENTIAL                                            Zeltiq Prod. 069746

4. With the locking lever in the Unlocked position, press the applicator connector down onto the connector plate gently but firmly.



5. When the connector meets resistance, stop pressing down.
6. Turn the locking handle 180° clockwise to the Locked position.

   The connector is pulled into the connector plate and locked in place.
7. Slip the applicator cable into the loop at the top of the support arm.
8. Apply Velcro® straps to connect the applicator cable to the support arm.



The applicator is authenticated.

When the process is complete, the authentication confirmation and the Card? cue are displayed in the middle of the screen.

The name of the applicator is displayed in the lower left corner.



In this example, the applicator name is CoolCore.

NOTE: For information about status lights and touch pad controls, refer to the directions for use for your applicator.

## Insert a Card

▶ *To insert a card:*

1. Align the card to the slot on the applicator.

2. Insert the card into the slot.

   The card is authenticated.

   The authentication confirmation and the number of cycles remaining on the card are displayed in the middle of the screen.

   The name of the card and the number of cycles remaining are displayed in the lower right corner.

   The Next button is displayed.



   In this example, the name of the card is `CoolCard`.

3. Press the Next button.



   The New to Practice and Returning to Practice buttons are displayed.



   **NOTE: If the patient data controls are not displayed, contact Customer Service.**

## Enter Patient Data

**NOTE: If the Usage Metrics function has been disabled, the Profile panel is displayed. See Select a Profile on page 27.**

▶ *To enter patient data:*

1. Press the New to Practice or Returning to Practice button.



2. Press the Female Patient or Male Patient button.



CONFIDENTIAL                                              Zeltiq Prod. 069748

3. On the Body Profile screen, select a treatment site.



In this example, the flanks are selected for a female patient.

 Refer to the Preface for warnings and cleared intended use.

4. Press the Next button.



5. Press the appropriate button for the current patient and treatment site.
6. The Profile panel is displayed.



In this example, a vacuum applicator profile is displayed.

## Select a Profile

▶ *To select a profile:*

1. On the profile panel, press the Display Profiles button.



The drop-down list of available profiles is displayed.

The default profile is selected.

This example shows vacuum applicator profiles.



2. Press the desired profile.

The drop-down list is hidden and the selected profile is displayed.

3. Press the Next button.



## Vacuum Applicator Treatment

If a liner is detected, the GELPAD? button is displayed.



If no liner is detected, the Liner? cue is displayed.



1. Install a liner.

   **CAUTION: Use a new liner on each patient.**

   **CAUTION: Refer to the directions for use for your liner.**

   When the system detects the liner, it displays the GELPAD? button.



   **NOTE: If the liner is not detected, disconnect the tabs from the hooks. Grasp the frames of the liner and remove the liner from the applicator cup. Repeat the installation process.**

▶ *To apply a gelpad:*

   **WARNING: Refer to the directions for use for your gelpad.**

1. Press the GELPAD? button.



2. On the Gelpad Ready screen, press the Next button.



CONFIDENTIAL

Zeltiq Prod. 069750

The Vacuum panel is displayed.



The Vacuum cue on the lower right spins.

The Vacuum Status light on the applicator touch pad flashes blue.

▶ *To apply a vacuum applicator:*

**WARNING:** The use of this device on areas with superficially located nerve branches, arteries, or veins has not been demonstrated to be safe and effective. Such use may result in injury to the patient.

**WARNING:** If the gelpad slips and the panels of the applicator come into contact with the patient's skin, tissue injury may result. Inspect the gelpad and applicator to ensure that the gelpad extends beyond the borders of the panels.

**NOTE:** Use the default vacuum settings or the lowest settings that result in acceptable tissue draw into the applicator cup.

1. Press the Vacuum On/Off button on the applicator touch pad.



The vacuum is activated.

The Vacuum On button and the Tissue Draw indicator are displayed.



The Vacuum Status light on the applicator touch pad shines blue.

2. Place the applicator over the center of the gelpad on the treatment site.
3. Ensure that the gelpad extends beyond the edges of the panels in the applicator cup.
4. For best results, ensure that tissue is drawn into the applicator cup.
5. (Optional: Test Vacuum Pressure for Massage)
6. When the system detects that the applicator is connected to the treatment site, the Start button is displayed.



The Treatment Status light on the applicator touch pad flashes blue.

Press the Start button.



The Treatment Status light on the applicator touch pad shines blue.

## Surface Applicator Treatment

The CONFIRM? Site Preparation button is displayed.



1. Remove jewelry that is in or directly adjacent to the treatment site.

   **CAUTION:  Clean the treatment site with an alcohol wipe.**

2. Apply one pair of foam borders around the treatment site.

   **CAUTION:  Refer to the directions for use for your foam borders.**

3. Wipe the treatment site with a pretreatment skin wipe.

4. Apply a gelpad to the treatment site.

   **WARNING:  Refer to the directions for use for your gelpad.**

5. Apply a liner over the gelpad.

   **CAUTION:  Refer to the directions for use for your liner.**

6. Press the CONFIRM? Site Preparation button.

   

7. Press the Next button.



The Surface Applicator Placement Cue is displayed.



▶ *To apply a surface applicator:*

**WARNING:  The use of this device on areas with superficially located nerve branches, arteries, or veins has not been demonstrated to be safe and effective. Such use may result in injury to the patient.**

CONFIDENTIAL                                                      Zeltiq Prod. 069752

> **WARNING:** If the gelpad slips and the panels of the applicator come into contact with the patient's skin, tissue injury may result. Inspect the gelpad and liner to ensure that they extend beyond the outside edges of the foam borders.

1. Place the applicator between the foam borders on the treatment site.
2. Ensure that the gelpad and liner extend beyond the outside edges of the foam borders.
3. Wrap the securement system straps around the patient to secure the applicator in place.

   > **NOTE:** Refer to the securement system directions for use for information on securing the applicator in place.

4. Press the Start button.



   The Treatment Status light on the applicator shines blue.

## Perform Another Treatment

▶ *To perform another treatment on the same patient:*

> **CAUTION:** When the vacuum is turned off or the securement system straps are released, the applicator may disengage from the patient. The applicator could fall and be damaged or cause injury. Grasp the head of the applicator firmly before turning off the vacuum or releasing the securement system straps.

| Remove a vacuum applicator: | Remove a surface applicator: |
|---|---|
| Grasp the applicator and press the Vacuum On/Off button on the applicator touch pad. | Grasp the applicator and release the securement system straps. |
| Remove the applicator from the patient. | Remove the applicator from the patient. |
| Place the applicator head on top of the control unit with the panels facing downward. | Place the applicator head on top of the control unit with the panels facing upward. |
| Allow gel to drain onto a towel or other absorbent material. | n/a |
| Remove the gelpad from the treatment site. | Remove the liner, gelpad, and foam borders from the treatment site. |
| Discard the used gelpad according to your site's medical waste protocols. | Discard the used liner, gelpad, and foam borders according to your site's medical waste protocols. |

The Same Patient and Next Patient buttons are displayed.



(If the card is expired, see Expired Card on page 33.)

1. Press the Same Patient button.



CONFIDENTIAL                                                              Zeltiq Prod. 069753

2. On the Body Profile screen, select a treatment site.



In this example, the lower abdomen is selected for a female patient.

 Refer to the Preface for warnings and cleared intended use.

3. Press the Next button.



4. Press the appropriate button for the current patient and treatment site.

   The Profile panel is displayed.

   • See Select a Profile on page 27.

▶ *To perform a treatment on the next patient:*

> **CAUTION:** When the vacuum is turned off or the securement system straps are released, the applicator may disengage from the patient. The applicator could fall and be damaged or cause injury. Grasp the head of the applicator firmly before turning off the vacuum or releasing the securement system straps.

| Remove a vacuum applicator: | Remove a surface applicator: |
|---|---|
| Grasp the applicator and press the Vacuum On/Off button on the applicator touch pad. | Grasp the applicator and release the securement system straps. |
| Remove the applicator from the patient. | Remove the applicator from the patient. |
| Place the applicator head on top of the control unit with the panels facing downward. | Place the applicator head on top of the control unit with the panels facing upward. |
| Allow gel to drain onto a towel or other absorbent material. | n/a |
| Remove the gelpad from the treatment site. | Remove the liner, gelpad, and foam borders from the treatment site. |
| Remove the liner from the applicator cup. | n/a |
| Discard the used gelpad and liner according to your site's medical waste protocols. | Discard the used liner, gelpad, foam borders, and securement system according to your site's medical waste protocols. |

CONFIDENTIAL                                                  Zeltiq Prod. 069754

1. If the Same Patient and Next Patient buttons are displayed, press the Next Patient button.



   If the Profile panel is displayed, select a profile.

   • See Enter Patient Data on page 26.

### Expired Card

If the card is expired, a recoverable exception is displayed.

1. Remove the card from the applicator.
2. Press the Next button to clear the message.



3. Insert a new card into the slot on the applicator.

   The system authenticates the card.
4. When authentication is complete, press the Next button.



   The Profile screen is displayed.

## Cancel a Treatment

A treatment can be canceled by the system or by the operator.

► *To cancel a treatment in the first 10 minutes:*

1. Press the Interrupt button.



2. Press the Cancel button.



CONFIDENTIAL                                                                        Zeltiq Prod. 069755

3. Press the Yes button.



The treatment is canceled and a message is displayed.



4. Press the Next button.



▶ *To cancel a treatment after the first 10 minutes:*

1. Press the Cancel button.





The treatment is canceled and a message is displayed.



2. Press the Next button.



CONFIDENTIAL                                           Zeltiq Prod. 069756

## About Restarting a Treatment

A treatment can be interrupted by either the operator or the system. When you restart a treatment, the treatment count on the card is not reduced further.

Each treatment can be restarted only once.

A treatment can be restarted if:

- The operator interrupted the treatment during the first 10 minutes
- The system interrupted the treatment during the first 10 minutes with one of the following Recoverable Exceptions:

    The coolant level is low. Z403-YYY

    Applicator control error. Z408-YYY

    Treatment quality error. Z412-YYY

    Potential loss of patient contact. Z415-YYY

    Interference detected. Z426-YYY

- And, the Restart timer interval of 60 minutes has not expired

### Interrupt a Treatment

▶ *To interrupt a treatment:*

1. Press the Interrupt button.



The Treatment Interrupted screen is displayed.



The Restart Timer runs for up to 60 minutes, after which the treatment can no longer be restarted.

2. Press the Next button to continue.



CONFIDENTIAL                                                                        Zeltiq Prod. 069757

## Restart a Treatment

> **CAUTION:** When the vacuum is turned off or the securement system straps are released, the applicator may disengage from the patient. The applicator could fall and be damaged or cause injury. Grasp the head of the applicator firmly before turning off the vacuum or releasing the securement system straps.

> **NOTE:** The patient data that was used to start the treatment will be used to complete the treatment.

▶ *To restart a treatment:*

| Remove a vacuum applicator: | Remove a surface applicator: |
|---|---|
| Grasp the applicator and press the Vacuum On/Off button on the applicator touch pad. | Grasp the applicator and release the securement system straps. |
| Remove the applicator from the patient. | Remove the applicator from the patient. |
| Place the applicator head on top of the control unit with the panels facing downward. | Place the applicator head on top of the control unit with the panels facing upward. |
| Allow gel to drain onto a towel or other absorbent material. | n/a |
| Remove the gelpad from the treatment site. | Remove the liner and gelpad from the treatment site. |
| Discard the used gelpad according to your site's medical waste protocols. | Discard the used liner and, gelpad according to your site's medical waste protocols. |

- See Vacuum Applicator Treatment on page 28
- See Surface Applicator Treatment on page 30

# Complete a Treatment

▶ *To complete a treatment:*

When the treatment is complete, a message is displayed.



> **CAUTION:** When the vacuum is turned off or the securement system straps are released, the applicator may disengage from the patient. The applicator could fall and be damaged or cause injury. Grasp the head of the applicator firmly before turning off the vacuum or releasing the securement system straps.

CONFIDENTIAL            Zeltiq Prod. 069758

| Remove a vacuum applicator: | Remove a surface applicator: |
|---|---|
| Grasp the applicator and press the Vacuum On/Off button on the applicator touch pad. | Grasp the applicator and release the securement system straps. |
| Remove the applicator from the patient. | Remove the applicator from the patient. |
| Place the applicator head on top of the control unit with the panels facing downward. | Place the applicator head on top of the control unit with the panels facing upward. |
| Allow gel to drain onto a towel or other absorbent material. | n/a |
| Remove the gelpad from the treatment site. | Remove the liner, gelpad, and foam borders from the treatment site. |
| Remove the liner from the applicator cup. | n/a |
| Discard the used gelpad and liner according to your site's medical waste protocols. | Discard the used liner, gelpad, foam borders, and securement system according to your site's medical waste protocols. |

1. Wipe gel from the patient's skin.
2. Wipe the applicator panels with a soft, dry cloth.
3. To power off the control unit, press the power switch.

> **CAUTION:  The electronic sensors on the applicator panels are delicate. Use care when cleaning and storing the applicator. (See Cleaning on page 39.)**

## Test Vacuum Pressure for Massage

(Vacuum applicators only) Before you start a treatment, you can test and modify the vacuum pressure for massage to ensure that the vacuum pressure is high enough to keep the applicator in place during the treatment.

▶ *To test the vacuum pressure for massage:*

1. When the applicator is on the treatment site and the tissue is drawn into the applicator cup, press the Display Massage Settings button.



The Massage Settings Panel is displayed.



2. Press the Massage Status (Off) button on the Massage Settings panel.



3. Press the Max and Min Increase and Decrease buttons on the Massage Settings panel if needed to modify vacuum pressure for massage.

CONFIDENTIAL                                                      Zeltiq Prod. 069759

4. Press the Massage Status (On) button to turn off massage.

 

5. Press the Hide Massage Settings button.



6. If necessary, adjust the position of the vacuum applicator and modify the vacuum pressure for massage.

7. If you turn off the vacuum and then remove the vacuum applicator from the site:

   a) Discard the used gelpad according to your site's medical waste protocols.

   b) Clean the treatment site.

   c) Apply a new gelpad. (Refer to the Directions for Use for your gelpad. See page 27.)

CONFIDENTIAL                                                          Zeltiq Prod. 069760

# Chapter 3

## Cleaning and Maintenance

Contents

- Cleaning ............................................................................. 39
- Maintenance ...................................................................... 40
- Disassembling the Control Unit ........................................... 41
- Assembling the Control Unit ............................................... 44
- Connecting Latches, Hoses, and Cables ............................. 45
- Customer Service ................................................................ 46

Perform routine cleaning and maintenance according to your site's protocols.

## Cleaning

> **CAUTION:** The use of an unapproved cleaning solution or method on the control unit or applicator may result in damage. Always use approved products and follow the guidelines below.

### Approved Products

The following products are approved for cleaning the control unit and applicators:

- Isopropyl alcohol
- Mild detergent and warm water
- PDI Sani Cloth Plus wipes

### Cleaning Guidelines

- Unplug the control unit before cleaning.
- Use sterilization wipes or spray the cleaning agent on a soft wipe, paper towel, or equivalent material.

> **CAUTION:** Do not spray or spill any fluid directly on any part of the control unit, applicators, or supplies.

> **CAUTION:** Do not submerge the applicator or any other part of the system in any liquid.

- Do not use excessive amounts of fluid.
- Do not apply cleaning solution to the electrical connections.
- After cleaning the system components, dry them with a soft cloth to remove any cleaning residues.
- Do not sterilize the control unit, applicator, or any other system components.

### Cleaning the Touch Screen

For best performance, clean the touch screen regularly.

Approved cleaning products include:

- Isopropyl alcohol
- Window cleaning fluid

CONFIDENTIAL                                                                          Zeltiq Prod. 069761

▶ *To clean the touch screen:*

 1. Dampen a soft lint-free cloth with isopropyl alcohol or a window cleaning fluid.

 2. Wipe the touch screen gently.

## Maintenance

### Coolant

Coolant circulates between the control unit and the applicator to remove heat from the applicator. When you connect a new applicator, it takes up a significant amount of coolant. Also, when you disconnect an applicator, or disconnect the hoses on the access panel to prepare for shipping a module, a small amount of coolant may be lost.

When the level of coolant is low, the control unit displays a message. It is safe to add coolant while the control unit is powered on.

> **CAUTION:  The use of unauthorized coolant has not been tested. Always use coolant authorized by ZELTIQ.**

**To add coolant:**

 1. Locate the chiller tank cap.



 2. Press down on the recessed end of the blue lever on the chiller tank cap.



The handle flips up.



CONFIDENTIAL                                                          Zeltiq Prod. 069762

3.  Turn the blue handle counter-clockwise until the cap disengages.

4.  Remove the cap.

5.  Pour coolant into the tank.

    The amount of additional coolant that is required can vary. To avoid spillage, watch the coolant as you pour. Listen for changes in the sound.

6.  Replace the cap and tighten it just until snug.

    When the vacuum is activated, it pulls the cap in tighter. If you overtighten the cap, it could become too tight to loosen.

## Disassembling the Control Unit

The control unit consists of an upper module and a base module. Disassemble the control unit to prepare to ship either module to the factory for repair or replacement.

> **CAUTION: The upper and base modules of the control unit are heavy. Do not attempt to lift either module by yourself. This procedure requires two people.**

### Latches

▶ *To disassemble the control unit:*

1.  Power off the control unit.

2.  Engage the locks on all four casters.

3.  Disconnect the power cord from the control unit.

4.  Wrap the power cord around the cleats and secure it with the Velcro® strap.

5.  Open the storage drawer and disconnect the latches on the front of the control unit.



CONFIDENTIAL

6. Disconnect the latches on the back of the control unit.



▶ *To disconnect a latch:*

1. Flip the handle of the latch upward and turn it counterclockwise until the top of the clasp disengages.



2. Pull the handle back and let it hang downward.



CONFIDENTIAL           Zeltiq Prod. 069764

## Cables and Hoses

▶ *To disconnect cables and hoses:*

    1. Turn the thumbscrew on the cover of the access panel.



    2. Let the cover hang down, exposing the cables and hoses.



    3. Working from left to right, disconnect the cables and then the hoses.

▶ *To disconnect the data modem cable:*

If the data modem cable is disconnected, skip this step.

    1. Grasp the head of the data modem cable.

    2. Pull the head straight out of the USB port.

▶ *To disconnect a cable:*

    1. Locate the ring that is closest to the back of the access panel.

    2. Turn the ring counterclockwise until it moves freely.

    3. Pull the ring off the connector.

CONFIDENTIAL                                                                          Zeltiq Prod. 069765

▶ *To disconnect a hose:*

1. Squeeze the metal clasp at the top of the hose connector.



2. Pull back until the hose connector disengages from the jack.

   **NOTE:  A small amount of coolant may drip from the hoses. Wipe up coolant with a soft cloth.**

## Remove Upper Module

▶ *To remove the upper module:*

1. Engage the locks on all four casters.
2. Prepare a place to put the upper module.
3. Position each person on one side of the control unit.
4. Have each person grasp the rail with two hands.
5. Lift the upper module.



6. Walk past the base module and put the upper module down.

# Assembling the Control Unit

**CAUTION:  The upper and base modules of the control unit are heavy. Do not attempt to lift either module by yourself. This procedure requires two people.**

▶ *To install the upper module:*

1. Engage the locks on all four casters.
2. Ensure that the power cord is disconnected from the control unit.

CONFIDENTIAL                                                Zeltiq Prod. 069766

3.  Ensure that the cables and hoses that are attached to the base module are out of the way.
4.  Place the base module in front of the upper module.
5.  Grasp the bar on the upper module and lift the upper module into position on top of the base module.



6.  Ensure that the cables and hoses are clear.



7.  Connect the latches, cables, and hoses.
8.  Ensure that the upper module is aligned to the base module.



## Connecting Latches, Hoses, and Cables

▶ *To connect a latch:*

1.  Place the top clasp over the top hook.
2.  Flip the handle of the latch outward.
3.  Turn the handle clockwise until the top clasp is snug against the hook.
4.  Press the handle down.

CONFIDENTIAL                                                      Zeltiq Prod. 069767

▶ *To connect the hoses and cables:*

1. Start with the hose on the right.
2. Press the hose into the jack.
3. Repeat for the hose on the left.
4. Press the cable connector on the right over the post.
5. Turn the ring clockwise until it is snug. Do not overtighten.
6. Repeat for the remaining cables, working from right to left.
7. Close the cover of the access panel.
8. Align the thumbscrew on the cover of the access panel to the hole on the upper module.



9. Turn the thumbscrew to the right just until it is snug. Do not overtighten.

▶ *To connect the data modem cable:*

1. Grasp the head of the data modem cable.
2. Ensure that the USB symbol is facing upward.
3. Insert the head of the cable into the upper USB port.

## Customer Service

To report issues with the performance or use of your System, contact ZELTIQ Customer Service.

- Worldwide: (+1) 925-474-8160
- United States: 1-888-935-8471 (1-888-ZELTIQ1)

### Routine Issues

For questions regarding device performance or to report issues that do not interfere with current patient treatments:

- Call during regular business hours, 6 am to 6 pm, Pacific Time, Monday through Friday. Calls are answered in the order received.

### Urgent Issues

To report safety concerns or issues that interfere with current patient treatments:

- Call at any time. Outside regular business hours (above), leave a voicemail. A technician will be paged and will return your call promptly.

CONFIDENTIAL        Zeltiq Prod. 069768

# Appendix A

## System Messages

Contents

- ZELTIQ Customer Service ....................................................47
- Recoverable Exceptions ....................................................47
- Error Messages ...............................................................49
- General Messages .............................................................49
- Software Updates and Messages .......................................50

This appendix lists system messages with the suggested user action, if any. Each message includes a message code that is preceded by the letter Z and a Customer Service code.

Carry out the recommended action, if any. If the problem persists, record both codes and call Customer Service. Customer Service will use the codes in order to help resolve the issue. For assistance with any message not listed here, call Customer Service.

### ZELTIQ Customer Service

- Worldwide: (+1) 925-474-8160
- United States: 1-888-935-8471 (1-888-ZELTIQ1)

### Recoverable Exceptions

| Message | Action |
| --- | --- |
| Applicator error. Z401-YYY<br>Disconnect and reconnect the applicator. | Disconnect and reconnect the applicator. |
| The card expired. Z402-YYY<br>Connect a new card. | Remove the card from the applicator and insert a new card. |
| The coolant level is low. Z403-YYY<br>Add coolant. | Add coolant. |
| The card and applicator are incompatible. Z404-YYY | Remove the card from the applicator. Insert a card that is appropriate for the applicator type. |
| Applicator software error. Z405-YYY<br>Replace the applicator. | Use another applicator. |
| Card error. Z406-YYY<br>Disconnect and reconnect the card. | Remove and reinsert the card. |
| Card error. Z407-YYY<br>Disconnect and reconnect the card. | Remove and reinsert the card. |
| Applicator control error. Z408-YYY<br>Start a treatment. If the problem persists, call Customer Service. | Start a treatment. If the problem persists, replace the applicator. |
| CAUTION<br>Thermal event detected. Z409-YYY<br>Remove the applicator and gelpad. Apply a new gelpad and start a treatment. If the problem repeats, discontinue the treatment. | If you receive a second Z409 for a single treatment site, discontinue treatment for the site. |

CONFIDENTIAL

| Message | Action |
|---|---|
| Applicator control error. Z410-YYY<br>Start a treatment. If the problem persists, call Customer Service. | Start a treatment. If the problem persists, call Customer Service. |
| Applicator error. Z411-YYY<br>Power the control unit off and on. | Power the control unit off and on. |
| Treatment quality error. Z412-YYY<br>Start a treatment. If the problem persists, call Customer Service. | Restart the treatment or start a new treatment. |
| Applicator error. Z414-YYY<br>Disconnect and reconnect the applicator. | Disconnect and reconnect the applicator. |
| Potential loss of patient contact. Z415-YYY<br>Reapply the applicator and start a treatment. If the problem persists, call Customer Service. | Turn off the vacuum, remove the applicator cup from the patient, discard the used gelpad, clean the treatment site, and apply a new gelpad. Restart an interrupted treatment or start a new treatment. |
| Card compatibility error. Z417-YYY<br>Replace the card. | Insert a card that is compatible with the control unit. |
| Card compatibility error. Z418-YYY<br>Call Customer Service. | Call Customer Service. |
| Card compatibility error. Z420-YYY<br>Call Customer Service. | Call Customer Service. |
| Card error. Z421-YYY<br>Disconnect and reconnect the card. | Disconnect and reconnect the card. |
| Disconnect and reconnect the applicator. Z422-YYY | Disconnect and reconnect the applicator. |
| The restart timer has expired. Z425-YYY<br>Start a new treatment. | Start a new treatment. |
| Interference detected. Z426-YYY<br>Start a treatment. If the problem persists, refer to the User Manual. | Identify and resolve possible causes:<br>• Patient movement<br>• Another medical device in close proximity<br>If the problem persists, contact Customer Service. |
| This system must be serviced by ZELTIQ no later than YYYY-MM-DD to ensure continued use. Z428-YYY | Contact Customer Service. |

**Table 11: Recoverable Exceptions**

CONFIDENTIAL

# Error Messages

For all system errors, power the control unit off and on. If the problem persists, call Customer Service. (ZELTIQ Customer Service on page 47)

| Code | Message |
|------|---------|
| Z801 | Chiller error. Z801-YYY |
| Z802 | Chiller error. Z802-YYY |
| Z803 | Control unit error. Z803-YYY |
| Z804 | Control unit error. Z804-YYY |
| Z805 | Control unit error. Z805-YYY |
| Z806 | Invalid configuration values. Z806-YYY |
| Z808 | Software error. Z808-YYY |
| Z809 | Control unit error. Z809-YYY |
| Z810 | This system must be serviced by ZELTIQ. Contact Customer Service. |

**Table 12: Error Messages**

# General Messages

| Message | Recommended Action |
|---------|--------------------|
| The applicator is disconnected. | Connect the applicator to the control unit. |
| The card is disconnected. | Insert the card into the slot on the applicator. Ensure that the card is inserted correctly. |
| The treatment was canceled by the operator. | Restart the treatment or start a new treatment. |
| The treatment is complete. | Turn off vacuum, remove the applicator and gelpad, and clean the treatment site. |
| The treatment was interrupted by the operator. | Restart the treatment or start a new treatment. |
| Turn off the vacuum. Remove the applicator and gelpad. | Turn off vacuum power either on the applicator touch pad or on the system touch screen. Remove the applicator and gelpad. |
| Are you sure you want to cancel the treatment? | Press the Yes button to cancel the current treatment. Press the No button to continue and restart the current treatment. |

**Table 13: General Messages**

CONFIDENTIAL                                                                          Zeltiq Prod. 069771

## Software Updates and Messages

From time to time, ZELTIQ may provide software updates.

| Button | Description | Name |
|--------|-------------|------|
|  | A software update is available. | Software Update |
|  | Install the software update. | Install |
|  | Clear the software update code. | Clear |
|  | Delete the last character of the patient number. | Backspace |
|  | Postpone the software update. | Postpone |

Table 14: Controls and Cues for Software Updates

The following text and messages may be displayed.

| |
|---|
| Software Update<br>Approximate installation time: xx minutes<br>Installation must be performed no later than YYYY/MM/DD to ensure continued use. |
| Enter the Software Update Key. |
| Installation complete.<br>Press the Next button. |
| Installation error. Z930<br>Power the control unit off and on. If the problem persists, contact Customer Service. |
| Installation error. Z961-YYY<br>Remove the USB stick. Power the control unit off and on. Contact Customer Service. |
| Installation error. Z962-YYY<br>Press the Next button. Contact Customer Service. |
| Installation error. Z963<br>Power the control unit off and on. If the problem persists, contact Customer Service. |

Table 15: Software Update Installation Messages

CONFIDENTIAL                                         Zeltiq Prod. 069772

# APPENDIX B

## SYSTEM TOOLS

Contents

- Controls for System Tools ................................................... 51
- System Log Screen ............................................................ 51
- Card Log Screen ............................................................... 53
- Service Screen.................................................................. 54
- Settings Screen ................................................................ 56

This chapter describes the System Tools.

The System Tools button is available on the Startup screen, Profile screen, Recoverable Exception screen, and System Error screen.

## Controls for System Tools

| Button | Description | Name |
|--------|-------------|------|
| | Display the System Tools screen. | System Tools |
| System Log | Display the System Log screen to view information about system events. | System Log |
| Card Log | Display the Card Log screen to view usage history for the current card. | Card Log |
| Service | Display the Service screen to access the Vacuum Diagnostic and Chiller Diagnostic screens. (For use during a Customer Service call.) | Service |
| Settings | Display the Settings screen to access the Calibration, Time Zone, and Date and Time screens. | Settings |

Table 16: Controls for System Tools

## System Log Screen

The System Log screen displays information about system events and errors.

| Heading | Description |
|---------|-------------|
| Date | The date of the event as Month, DD, YYYY. |
| Time | The time of the event as HH:MM where H = hour and M = minute. |
| Code | The ZELTIQ error code. |
| Condition | A description of the condition: Recoverable, System Error, Treatment Error. |
| Text | The text of the control unit message. |

Table 17: System Log Headings

CONFIDENTIAL                                                                    Zeltiq Prod. 069773

▶ *To view the System Log screen:*

1. On the System Tools screen, press the System Log button.



The System Log screen is displayed.



2. To scroll through the screen, drag the slider at the bottom or right side of the screen.

3. To return to the System Tools screen, press the Previous button.



**NOTE:** Availability and use of the data modem are subject to regional limitations. The Upload Data button is displayed only if the modem is activated.

**NOTE:** The data upload function is for use during a call with customer service.

▶ *To upload data to ZELTIQ:*

1. On the System Log screen, press the Upload Data button.



The Upload Status screen is displayed.



When the process is complete, a message is displayed:

Upload Status: Uploading, Upload complete, Upload failed

CONFIDENTIAL                                                     Zeltiq Prod. 069774

## Card Log Screen

The Card Log screen displays information about card usage. View the Card Log screen when you have questions about the number of cycles remaining and when treatments were performed.

| Heading | Description |
|---------|-------------|
| Date | The date of the usage: Month, DD, YYYY. |
| Time | The time of the usage as HH:MM, where H = hour and M = minute, in AM/PM. |
| Status | The status of the usage: (Canceled, Error, Unknown, Successful). |

**Table 18: Card Log Headings**

▶ *To view the Card Log screen:*

1. Attach the applicator to the control unit.
2. Insert the card into the slot on the applicator.

   The control unit authenticates the card.
3. When the process is complete, press the Next button.

   
4. On the System Tools screen, press the Card Log button.

   The Card Log screen is displayed.

   
5. To return to the System Tools screen, press the Previous button.

   

CONFIDENTIAL                                                          Zeltiq Prod. 069775

# Service Screen

## Controls for Service Tools

The tools on the Service screen are for use during a call with Customer Service. Follow the instructions provided by Customer Service.

| Button | Description | Name |
|---|---|---|
| Vacuum Diagnostic | Display the Vacuum Diagnostic screen to view information about the performance of the vacuum system. | Vacuum Diagnostic |
| Chiller Diagnostic | Display the Chiller Diagnostic screen to view information about the performance of the chiller. | Chiller Diagnostic |
| Data Modem | The data modem can upload data to ZELTIQ. Availability and use of the data modem are subject to regional limitations. | Data Modem |

**Table 19: Controls for Service Tools**

▶ *To view the Service screen:*

1. On the System Tools screen, press the Service button.



The Service screen is displayed.



## Vacuum Diagnostic Screen

The Vacuum Diagnostic screen provides information about the performance of the vacuum system.

Any changes to settings on this screen are temporary and do not influence the functionality of the system during a treatment.

▶ *To view the Vacuum Diagnostic screen:*

1. On the Service screen, press the Vacuum Diagnostic button.



CONFIDENTIAL                                                    Zeltiq Prod. 069776

The Vacuum Diagnostic screen is displayed.



On the sample screen, the applicator is disconnected and vacuum power is off.

2. Follow the instructions provided by Customer Service.

3. To return to the System Tools screen, press the Previous button.



## Chiller Diagnostic Screen

The Chiller Diagnostic screen provides information about the performance of the chiller.

Any changes to settings on this screen are temporary and do not influence the functionality of the system during a treatment.

▶ *To view the Chiller Diagnostic screen:*

1. On the Service screen, press the Chiller Diagnostic button.



The Chiller Diagnostic screen is displayed.



On the sample screen, the applicator is connected, the chiller is off, chiller power is off, and cooling is off.

2. Follow the instructions provided by Customer Service.

3. To return to the System Tools screen, press the Previous button.



CONFIDENTIAL                                                    Zeltiq Prod. 069777

## Data Modem Screen

Availability and use of the data modem are subject to regional limitations. Contact customer service for further information.

▶ *To view the Data Modem screen:*

1. On the Service Tools screen, press the Data Modem button.



The Data Modem screen is displayed.



On the sample screen, the Network Type is HSDPA_3G and the Connection Quality is Unknown.

2. Follow the instructions provided by Customer Service.

To return to the Service screen, press the Previous button.



# Settings Screen

The Settings button is available on the System Tools screen.

> NOTE: Ensure that the Time Zone setting is correct before you update the Date and Time settings.

## Controls for Settings Tools

▶ *To view the Settings screen:*

1. On the System Tools screen, press the Settings button.



CONFIDENTIAL                                                                Zeltiq Prod. 069778

The Settings screen is displayed.



2. To return to the System Tools screen, press the Previous button.



## Calibration Screen

The system screen might require recalibration from time to time. If the screen does not respond accurately to your touch, calibrate the screen.

▶ *To calibrate the screen:*

1. On the System Tools screen, press the Settings button.



2. Press the Calibration button.



The Calibration screen is displayed.



3. Use a cotton swab to press the cross-hatch.

The system records your touch and moves the cross-hatch to the next position.

4. Press the cross-hatch in each position.

After you press the last setting, the system displays a message.

CONFIDENTIAL                                                          Zeltiq Prod. 069779

5.  To save your new settings, touch the screen within the time displayed in the message.

    The new settings are saved and the Settings screen is displayed.

6.  To discard your new settings and retain the previous settings, wait until the time runs out, approximately 30 seconds.

    The Settings screen is displayed.

## Time Zone Screen

The setting on the Time Zone screen determines the time zone for entries on the Card Log screen and System Log screen.

NOTE:  Always check the Date and Time settings after you modify the time zone.

▶  *To modify the time zone:*

1.  On the Settings screen, press the Time Zone button.



    The Time Zone screen displays a list of regions.



2.  To select a region, press the name of the region and then press the Next button.



    The Time Zone screen displays a list of zones within the region you selected.



3.  To scroll through the list, press and drag the scroll panel on the right.

4.  To select a time zone, press a row.

CONFIDENTIAL                                                                              Zeltiq Prod. 069780

5. To save changes, press the Next button.



6. To discard changes, press the Cancel button.



7. On the Settings screen, press the Date & Time button.



## Date and Time Screen

NOTE: Ensure that the Time Zone setting is correct before you modify Date and Time settings.

▶ *To modify date and time settings:*

1. On the Settings screen, press the Date & Time button.



The Date and Time screen is displayed.



2. To modify settings, press the Decrease and Increase buttons.



3. To save changes, press the Next button.



4. To discard changes, press the Cancel button.



The Settings screen is displayed.

NOTE: The 24 Hour setting controls the hour of the day and is in a 24-hour format.

CONFIDENTIAL

## Data Screen

The Data screen displays the Usage Metrics button. The Usage Metrics button controls the display of patient data controls. The tools on the Data screen are for use during a call with Customer Service.

▶ *To view the Data screen:*

1. On the Settings screen, press the Data button.



2. The Data screen is displayed.



3. Follow the instructions provided by Customer Service.

CONFIDENTIAL                                                      Zeltiq Prod. 069782

# APPENDIX C

## SYSTEM SPECIFICATIONS

Contents

- Essential Performance ........................................................... 61
- Disposal of Hazardous Materials ........................................... 61
- Environmental Requirements ................................................ 61
- Electrical Specifications ........................................................ 62
- Medical Safety Standards ...................................................... 62
- Electromagnetic Compatibility ............................................. 62
- Data Modem Specifications .................................................... 66

This product may contain remanufactured parts or parts that have had incidental use, all of which are equivalent in performance to new parts.

## Essential Performance

When cooling to a target temperature that is below 5°C, the device allows cooling to no more than 1°C below the target temperature. When warming to a target temperature that is above 30°C, the device allows warming to no more than 1°C above the target temperature. Under steady state conditions, the device controls vacuum pressure to within ± 1 inches of Hg.

## Disposal of Hazardous Materials

Various components of the system may contain materials whose disposal is subject to regulation. The upper module of the system contains a lithium battery, which is not serviceable by the customer. Dispose of all components of the system in accordance with applicable regulations. Contact your local environmental control agency for additional information on recycling or disposing of the system in your area.

## Environmental Requirements

The system and its components are designed to operate normally when stored, shipped, and operated under the following conditions.

> **WARNING:** Use of the system in an oxygen-rich environment may cause fire. Do not use the system in an oxygen-rich environment.

> **CAUTION:** The system may not operate as expected if it is stored or operated in conditions of excessive heat, humidity, or atmospheric pressure. Operate and store the system in a room that meets the stated requirements.

|  | Shipping / Storage | Operating |
|---|---|---|
| **Temperature** | 32°F to 140°F (0°C - 60°C) | 59°F to 82°F (15°C - 28°C) |
| **Humidity** | 10% to 70% (non-condensing) | |
| **Atmospheric Pressure** | Sea level to 10,000 feet at standard pressure | |

Table 20: Shipping, Storage, and Operating Requirements

CONFIDENTIAL                                                                          Zeltiq Prod. 069783

## Dimensions of the Control Unit and Modules

|  | Height | Depth | Width | Weight |
|---|---|---|---|---|
| Control unit alone | 47.5 in<br>120.7 cm | 35 in<br>88.9 cm | 24 in<br>61 cm | 215 lbs<br>97.5 kg |
| Control unit with support arm | 62 in<br>157.5 cm | n/a | n/a | 216 lbs<br>98.0 kg |
| Upper module | 17 in<br>43.2 cm | 27.25 in<br>69.2 cm | 21.25 in<br>54 cm | 65 lbs<br>29.5 kg |
| Base module | 30.5 in<br>77.5 cm | 28.5 in<br>72.4 cm | 24 in<br>61 cm | 150 lbs<br>68.0 kg |

Table 21: Control Unit - Dimensions

# Electrical Specifications

## Electrical Safety

Class I Equipment, single phase AC, Continuous Operation

Contains Type BF Patient-applied Parts

Water Ingress Protection: Ordinary Equipment, IPX0

| REF | Voltage | Frequency | Current |
|---|---|---|---|
| BRZ-CG1-BAM-100 | 100VAC | 50-60 Hz | 12A |
| BRZ-CG1-BAM-110 | 110-120VAC | 50-60 Hz | 12A |
| BRZ-CG1-BAM-220 | 220-240VAC | 50-60 Hz | 7A |

Table 22: Electrical Specifications

## Fuses

The system contains two internal fuses: Type 3AB (ceramic cartridge), Rating: 250VAC, 6.25A, Slo-Blo. The fuses are not serviceable by the customer.

# Medical Safety Standards

The system complies with the following medical safety standards:

- IEC 60601-1: 1998 + A1, A2
- IEC 60601-1: 2005 + CORR. 1 (2006) + CORR. 2 (2007)
- EN 60601-1: 2006
- CAN/CSA C22.2 No 60601.1: 08
- ANSI/AAMI ES 60601-1: 2005 / AS: 2010
- AS 3200.1.0: 1998 + A1/NZS 6150: 1990 + A1
- Electromagnetic Compatibility (EMC) EN 60601-1-2: 2007

# Electromagnetic Compatibility

The system has been tested and found to comply with Medical Standard Electromagnetic Compatibility (EMC) EN 60601-1-2: 2007. The system complies with the standards outlined below.

This system requires special precautions to ensure electromagnetic compatibility with other electrical medical devices. To ensure EMC, the system must be installed and operated according to the information provided in this manual.

CONFIDENTIAL                                                 Zeltiq Prod. 069784

CAUTION:  When the system is interconnected with other electrical devices, leakage currents may be additive, resulting in electromagnetic emissions that can interfere with the normal function of electronic medical equipment. To properly control electromagnetic emissions and avoid potential harm to the patient or user, ensure all electrical devices are installed and interconnected according to the requirements of IEC 60601-1-1.

CAUTION:  Install the system in a room that complies with all applicable IEC, CEC, and NEC requirements for safety of electrical devices.

CAUTION:  Portable and mobile RF communications equipment may affect the normal function of the system.

CAUTION:  Use of the system adjacent to or stacked with other equipment may result in unexpected electromagnetic circumstances. Prior to such use, test the operation of the system in the proposed configuration and ensure it meets all requirements as defined in the tables below. Consult the tables below for guidance in placing the system.

CAUTION:  Use ports on the system exactly as instructed in this manual. Any other use of these ports may cause unexpected results. See System Overview on page 13.

CAUTION:  Do not use cables or accessories other than those provided by ZELTIQ. The use of other cables or accessories may result in increased electromagnetic emissions or decreased immunity to such emissions.

| Guidance and Manufacturer's Declaration -- Electromagnetic Emissions | | |
|---|---|---|
| The system is intended for use in the electromagnetic environment specified below. The customer or user of the system should ensure that it is used in such an environment. | | |
| **Emissions Test** | **Compliance** | **Electromagnetic Environment - Guidance** |
| RF Emissions CISPR 11 | Group 1 | The system uses RF energy only for its internal function; therefore, its RF emissions are very low and are not likely to cause any interference in nearby electronic equipment. |
| RF Emissions CISPR 11 | Class A | (A) The system is suitable for use in all establishments other than domestic, and may be used in domestic establishments and those directly connected to the public low-voltage power supply network |
| Harmonic emissions IEC 61000-3-2 | Class A | |

| Guidance and Manufacturer's Declaration -- Electromagnetic Emissions | | |
|---|---|---|
| Voltage fluctuations/ Flicker emissions IEC 61000-3-3 | Class A | that supplies buildings used for domestic purposes, provided the following warning statement is heeded: CAUTION: The system is intended for use by healthcare professionals only. The system may cause radio interference or may disrupt the operation of nearby equipment. It may be necessary to take mitigation measures, such as reorienting or relocating the system or shielding the location. |

| Guidance and Manufacturer's Declaration -- Electromagnetic Immunity | | | |
|---|---|---|---|
| The system is intended for use in the electromagnetic environment specified below. The customer or user of the system should ensure that it is used in such an environment. | | | |
| Immunity Test | IEC 60601 Test Level | Compliance Level | Electromagnetic Environment - Guidance |
| Electrostatic discharge (ESD) IEC 61000-4-2 | ±6kV contact ±8kV air | ±2,4,6kV contact ±2,4,8kV air | Floors should be wood, concrete, or ceramic tile. If floors are covered with synthetic material, the relative humidity should be at least 30%. |
| Electrical fast transient/burst IEC 61000-4-4 | ±2kV for power supply lines ±1kV for input/output lines | ±2kV for line to ground ±1kV for line to line | Mains power quality should be that of a typical commercial or hospital environment. |
| Surge IEC 61000-4-5 | ±1kV differential mode ±2kV common mode | ± 0.5, 1kV differential mode ±0.5, 1, 2kV common mode | Mains power quality should be that of a typical commercial or hospital environment. |
| Voltage dips, short interruptions, and voltage variations on power supply input lines IEC 61000-4-11 | <5% $U_T$ (>95% dip in $U_T$) for 0.5 cycle 40% $U_T$ (60% dip in $U_T$) for 5 cycles 70% $U_T$ (30% dip in $U_T$) for 25 cycles <5% $U_T$ (>95% dip in $U_T$) for 5 sec | <5% $U_T$ (>95% dip in $U_T$) for 0.5 cycle 40% $U_T$ (60% dip in $U_T$) for 5 cycles 70% $U_T$ (30% dip in $U_T$) for 25 cycles <5% $U_T$ (>95% dip in $U_T$) for 5 sec | Mains power quality should be that of a typical commercial or hospital environment. If the user of the system requires continued operation during power mains interruptions, it is recommended that the system be powered from an uninterruptible power supply or a battery. |
| Power frequency (50/60Hz) magnetic field IEC 61000-4-8 | 3A/m | 3A/m | Power frequency magnetic fields should be at levels characteristic of a typical location in a typical commercial or hospital environment. |
| NOTE: $U_T$ is the AC mains voltage prior to application of the test level. | | | |

CONFIDENTIAL                                                    Zeltiq Prod. 069786

| Guidance and Manufacturer's Declaration -- Electromagnetic Immunity | | | |
|---|---|---|---|
| The system is intended for use in the electromagnetic environment specified below. The customer or user of the system should ensure that it is used in such an environment. | | | |
| Immunity Test | IEC 60601 Test Level | Compliance Level | Electromagnetic Environment - Guidance |
| | | | Portable and mobile RF communications equipment should be used no closer to any part of the system, including its cables, than the recommended separation distance calculated from the equation applicable to the frequency of the transmitter. |
| | | | **Recommended Separation Distance** |
| Conducted RF IEC 61000-4-6 | 3 Vrms 150 kHz to 80 MHz | 3 Vrms | $d = 1.17 \sqrt{P}$ |
| Radiated RF IEC 61000-4-3 | 3V/m 80 MHz to 2.5 GHz | 3 V/m | $d = 1.2 \sqrt{P}$     80 MHz to 800 MHz <br> $d = 2.3 \sqrt{P}$     800 MHz to 2.5 GHz |
| | | | where P is the maximum output power rating of the transmitter in watts (W) according to the transmitter manufacturer and d is the recommended separation distance in meters (m). Field strengths from fixed RF transmitters, as determined by the electromagnetic site survey,[a] should be less than the compliance level in each frequency range.[b] Interference may occur in the vicinity of equipment marked with the following symbol: |
| NOTE 1: At 80 MHz and 800 MHz, the higher frequency range applies. | | | |
| NOTE 2: These guidelines may not apply in all situations. Electromagnetic propagation is affected by absorption and reflection from structures, objects, and people. | | | |
| (a) Field strengths from fixed transmitters, such as base stations for radio (cellular/cordless) telephones and land mobile radios, amateur radio, AM and FM radio broadcast, and TV broadcast, cannot be predicted theoretically with accuracy. To assess the electromagnetic environment due to fixed RF transmitters, an electromagnetic site survey should be considered. If the measured field strength in the location in which the system is used exceeds the applicable RF compliance level above, the system should be observed to verify normal operation. If abnormal performance is observed, additional measures may be necessary, such as reorienting or relocating the system. | | | |
| (b) Over the frequency range 150 kHz to 80 MHz, field strengths should be less than 3 V/m. | | | |

CONFIDENTIAL                                                        Zeltiq Prod. 069787

| Recommended Separation Distances Between Portable and Mobile RF Communications Equipment and the System |
|---|

The system is intended for use in an electromagnetic environment in which radiated RF disturbances are controlled. The user of the system can help prevent electromagnetic interference by maintaining a minimum distance between portable and mobile RF communications equipment (transmitters) and the system as recommended below, according to the maximum output power of the communications equipment.

| Rated maximum output power (W) of transmitter | Separation distance (m) according to frequency of transmitter | | |
|---|---|---|---|
| | 150 kHz to 80 MHz $d = 1.2\sqrt{P}$ | 80 MHz to 800 MHz $d = 1.2\sqrt{P}$ | 800 MHz to 2.5 GHz $d = 2.3\sqrt{P}$ |
| 0.01 | 0.12 | 0.12 | 0.23 |
| 0.1 | 0.38 | 0.38 | 0.73 |
| 1 | 1.2 | 1.2 | 2.3 |
| 10 | 3.8 | 3.8 | 7.3 |
| 100 | 12 | 12 | 23 |

For transmitters rated at a maximum output power not listed above, the recommended separation distance (d) in meters (m) can be estimated using the equation applicable to the frequency of the transmitter, where P is the maximum output power rating of the transmitter in watts (W) according to the transmitter manufacturer.

NOTE 1 At 80 MHz and 800 MHz, the separation distance for the higher frequency range applies.

NOTE 2 These guidelines may not apply in all situations. Electromagnetic propagation is affected by absorption and reflection from structures, objects, and people.

# Data Modem Specifications

The data modem is a GPRS wireless modem:

Manufacturer: Multitech

Model: MTSMC-H5

IC 5131A-HE910

FCC ID RI7HE910

Use the modem only with the antenna provided by ZELTIQ.

| Frequencies | Network Type | Effective Radiated Power |
|---|---|---|
| 850/900/1700/1900/2100 MHz | HSPA+   (3G) | 0.226 to 1.995 watts |
| 850/900/1800/1900 MHz | GSM/GPRS/EDGE   (2G) | 0.226 to 1.995 watts |

Table 23: Data Modem Transmission Specifications

## Electromagnetic Compatibility Compliance - Data Modem

The CoolSculpting System with the data modem complies with the following medical safety standards:

- EN 60601-1-2: 2007 (provides the presumption of compliance to the Medical Device Directive 93 / 42 / EEC as amended by 2007 / 47 / EC).

The limits are designed to provide reasonable protection against harmful interference in a typical medical installation. This equipment generates, uses, and can radiate radio frequency energy and, if not installed and used in accordance with the instruction manual, may cause harmful interference to radio communications. There is no guarantee that interference will be prevented by following the manufacturer's instructions in a particular installation.

CONFIDENTIAL                                                    Zeltiq Prod. 069788

If this equipment causes interference with other devices, which may be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by carrying out one or more of the following measures:

- Reorient or relocate the device receiving the interference.
- Increase the separation between the equipment and the device receiving the interference.
- Connect the equipment into an outlet on a circuit different from that to which the other device(s) are connected.
- Consult the manufacturer or field service technician for help.

## Data Modem - Canada

The CoolSculpting System with the data modem complies with RSS-210 of Industry Canada. Operation is subject to the following two conditions:

1. This device may not cause interference;
2. This device must accept any interference, including interference that may cause undesired operation of the device.

## Data Modem - European Union

CE Notice (European Notice): The Conformité Européenne symbol found on this product indicates compliance to the Medical Device (93 / 42 / EEC) and Radio and Telecommunications Terminal Equipment (1999 / 5 / EC) Directives of the European Union.

The CoolSculpting System with the data modem meets the following technical standards for EMC and radio compliance:

- EN 60601-1-2: 2007
- EN 301-489-17
- EN 301-489-1
- EN 300328 V1.7.1

## United States of America

The CoolSculpting System with the data modem has been tested and found to comply with the limits for a Class A digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference when the equipment is operated in a commercial environment. This equipment generates, uses, and can radiate radio frequency energy and, if not installed and used in accordance with the instruction manual, may cause harmful interference to radio communications. Operation of this equipment in a residential area is likely to cause harmful interference in which case the user will be required to correct the interference at his own expense.

CONFIDENTIAL                                                                                         Zeltiq Prod. 069789

ZELTIQ Aesthetics, Inc.
4698 Willow Road
Pleasanton, CA 94588 USA
(925) 474-2500
www.coolsculpting.com

02/2015

Exhibit 3

**GROSSMAN DERMATOLOGY**
Santa Monica & New York

PATIENT: *Linda Evangelista*     DATE: 8/8/15

### REQUEST FOR AND CONSENT FOR ZELTIQ/COOLSCULPTING PROCEDURE

I, the undersigned, in signing this consent form, hereby request and authorize Grossman Dermatology , and whomever may be designated as an assistant(s), to perform **Zeltiq - Cool Sculpting Treatment.**

I understand that this consent covers all treatments performed for this procedure as multiple procedures are expected.

**Procedure Descriptions:** Zeltiq utilizes highly controlled cooling technology to safely and effectively reduce and eliminate fat cells from specific areas of the body.  Unlike traditional invasive surgical procedures, the Zeltiq Procedure is non-invasive.  It delivers significant fat layer reduction in targeted areas to help contour the body and reclaim its natural shape. The procedure requires no anesthesia or recovery time. During the procedure, tissue is drawn into a cup with mild vacuum pressure that may initially cause some discomfort or an unfamiliar sensation. Patients may also experience a mildly uncomfortable cold sensation that usually subsides within 10 minutes after the procedure begins. If an excessively painful sensation is felt anytime during the procedure, please alert the physician. Once the procedure is complete, patients can immediately return to their normal activities including work and exercise.

**Patient expectations for Efficacy:**

In the first few days following the Zeltiq Procedure, the cooled fat cells undergo irreversible damage and are no longer viable.  The damaged fat cells release proteins that summon inflammatory cells to slowly digest the affected fat tissue during the months following the procedure.  The lipids are gradually released over time and naturally processed through the lymphatic system and then processed by the liver. While not providing the same degree of change as invasive surgical procedures, the non-invasive Zeltiq Procedure provides consistent, noticeable, measurable results in properly selected patients.

**Patients that should be excluded from treatment:**
Generally, patients who have a potential sensitivity to localized heating or cooling should be excluded from treatment. Contraindications for use of the Zeltiq Procedure include:

• Cryoglobulinemia
• Paroxysmal cold hemoglobinuria

The effects of performing localized cooling or heating on patients who have other clinical conditions that may be sensitive to dermal heating or cooling have not been studied. Therefore, caution should be used when performing the Zeltiq Procedure on a patient who has such conditions, including but not limited to:

• Cold urticaria
• Cold agglutinin disease
• Areas of impaired peripheral circulation
• Raynaud's disease
• Pregnancy
• Scar tissue or extensive skin conditions such as eczema or dermatitis at the area of
  intended  treatment
• Impaired skin sensation

Dr. Karyn Grossman 000014

- Open or infected wounds
- Areas of recent bleeding or hemorrhage:
- Tx of areas of prior Liposuction

**Alternatives:** Liposuction

I understand and accept that possible risks and complications include but are not limited to the following:
I have been told of the following risks: Initials: _____

The following represent known potential side effects

1. The treated tissue may look or feel stiff immediately after the procedure. This is normal and usually disappears within 10 minutes.
2. Mild redness in the treated area lasting for a few minutes to a few hours is an expected but temporary effect of the Zeltiq Procedure. Some patients may experience more severe or persistent redness that gradually improves after a few days. Call your doctor if you have pain, swelling or redness that is worsening over time or that lasts more than two weeks.
3. It is not uncommon for the treated area to bruise, which may last for a few weeks after your procedure. Contact your doctor if the bruising lasts longer than one month or if the bruise appears to be worsening after two weeks.
4. Within the first two weeks following your procedure you may experience one or more of the following sensations – tingling, tenderness, cramping and/or soreness. Consult your doctor if these conditions persist beyond two weeks or are worsening over time.
5. You may feel a temporary dulling of sensation in the treated area for up to eight weeks after your procedure.
6. It is unlikely but there is a small possibility of indentation at the site of treatment. It is also unlikely but there is a small possibility of fat growing instead of going away. There are a very small number of reports of both of these but they may require surgical correction.

**Alternatives:** Liposuction

I have been fully explained this procedure by Dr. Grossman. Although favorable results are expected, no guaranties or warranties of any kind, either expressed or implied, have been made. This is due to human variable associated with individual healing and responses to treatment(s)/procedure(s)/surgery and recovery.

I also understand that, although unusual, an unexpected complication or less than desirable result can occur, which may result in the need for further treatments(s), additional tests, prolonged recovery, loss of work time and the possibility of further expense to me.

**I HAVE READ THE ABOVE PRIOR TO MY SIGNATURE AND UNDERSTAND THIS DOCUMENT IN FULL.**

_____   8 8 2015
Signature                                          Date

_____
Dale Forbes
Witness

Dr. Karyn Grossman 000015