

1407 Broadway, Suite 4002
New York, NY  10018
Telephone: (212) 421-8100
Fax: (212) 421-8170
www.wmlawny.com

**Daniel F. Markham, Esq.**
dmarkham@wmlawny.com

December 22, 2021

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 443
New York, New York 10007

Re: *Evangelista v. ZELTIQ Aesthetics, Inc.*,
Case No. 1:21-cv-07889-VEC

Dear Judge Caproni:

We represent Plaintiff Linda Evangelista in the above-referenced action. On December 9, 2021, Your Honor granted Defendant ZELTIQ Aesthetics, Inc.'s request for a seven day extension to answer or otherwise respond to Plaintiff's Amended Complaint from December 14, 2021 to December 21, 2021.

Yesterday, Defendant served its motion to dismiss Plaintiff's Amended Complaint. Given the impending holidays, counsel for both parties have agreed to moving Plaintiff's time to oppose Defendant's motion from December 28, 2021 to January 18, 2022 and moving Defendant's time to serve its reply papers a commensurate amount of time from January 25, 2022 to February 1, 2022.

This is Plaintiff's first request for an extension and we respectfully request that Your Honor grant these extensions and "so order" this letter.

Respectfully submitted,

*Daniel F. Markham*
Daniel F. Markham

cc: Alyson B. Jones, Esq. (by ECF)
Beth S. Rose, Esq. (by ECF)