

**Jennifer M Muller**
Associate
Phone: 212.592.5959
Fax: 212.545.2340
jmuller@herrick.com

February 1, 2022

<u>VIA ECF</u>

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter Motion to Withdraw as Counsel
*Linda Evangelista v. Zeltiq Aesthetics, Inc.,* 21-cv-07889-VEC

Dear Judge Caproni:

I submit this letter motion, pursuant to Local Rule 1.4, to respectfully request an order granting leave to withdraw as counsel for plaintiff Linda Evangelista ("Plaintiff") in the above-referenced action. I recently changed law firms and Plaintiff continues to be represented by the other attorneys of record from Wrobel Markham LLP. My withdrawal will not cause any disruption in this action and I am not retaining or charging a lien.

Thank you for your time and attention to this matter.

Respectfully submitted,

<u>s/ Jennifer M. Muller</u>

cc: all counsel via ECF

**HERRICK, FEINSTEIN LLP** • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500