BUTLER│SNOW

May 10, 2022

Hon. Ona T. Wang
United States Magistrate Judge
U.S. District Court – Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **Request for Adjournment**
            *Linda Evangelista v. Zeltiq Aesthetics, Inc.*,
            United States District Court for the Southern District of New York
            Case No.: 1:21-cv-07889-VEC-OTW

Your Honor:

      This office represents Defendant Zeltiq Aesthetics, Inc. ("Zeltiq"), in the above-referenced action. This request for adjournment is submitted jointly with Daniel F. Markham, Michael J. Levin, and Jodie Gerard of Wrobel Markham LLP, who are counsel for Plaintiff Linda Evangelista.

      Pursuant to this Court's Civil Case Management Plan and Scheduling Order entered November 5, 2021, the pretrial conference is scheduled for May 20, 2022, and joint letter regarding the status of the case is due May 12, 2022. *See* Civil Case Management Plan and Scheduling Order ¶ 10 (ECF No. 20). The parties request the adjournment of both deadlines until the completion of discovery.

      On March 16, 2022 Honorable Valerie E. Caproni referred this case to Magistrate Judge Ona T. Wang for general pretrial issues and dispositive motions (ECF No. 40). On April 11, 2022, the Parties filed its Joint Letter Motion for Extension of Time to Complete Discovery (ECF No. 42), requesting a 90-day extension of the current scheduling deadlines set forth in the Civil Case Management Plan and Scheduling Order (ECF No. 20). The motion was granted, and the discovery

*Post Office Box 6010*
*Ridgeland, MS 39158-6010*

**ALYSON JONES**
4427
Alyson.Jones@butlersnow.com

*Suite 1400*
*1020 Highland Colony Park*
*Ridgeland, Mississippi 39157*

BUTLER SNOW LLP

64278645.v1

May 10, 2022
Page 2

deadlines were extended on April 26, 2022 (ECF No. 44). Your Honor also ordered the parties to submit monthly status reports beginning May 27, 2022.

Accordingly, the parties respectfully request that – to the extent the joint letter and pre-trial conference deadlines were not already adjourned by virtue of the referral of this case and the subsequent extension of the prior discovery deadlines – these deadlines be adjourned until after the completion of discovery.

Dated: May 10, 2022

Respectfully submitted,

By: *s/Alyson B. Jones*
Alyson B. Jones *(Pro Hac Vice)*
Butler Snow LLP
1020 Highland Colony Parkway, Ste. 1400
Ridgeway, MS 39157
T: 601-948-5711
F: 601-985-4500
alyson.jones@butlersnow.com

Beth S. Rose
Vincent R. Lodato
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
T: 973-643-7000
brose@sillscummis.com
vlodato@sillscummis.com
Attorneys for Zeltiq Aesthetics, Inc.

cc (via ECF): Daniel F. Markham
        Michael J. Levin
        Jodie Gerard

64278645.v1