```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
LINDA EVANGELISTA,

                   Plaintiff,

-against-

                                       21-cv-7889 (VEC)

ZELTIQ AESTHETICS, INC,                 ORDER

                  Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 5, 2021, the Undersigned scheduled a pretrial conference for May 20, 2022, with a joint submission deadline of May 12, 2022, Dkt. 20; and

      WHEREAS on March 16, 2022, the above-captioned case was referred to Magistrate Judge Wang for General Pretrial and dispositive motions, Dkt. 40;

      IT IS HEREBY ORDERED that the joint pretrial conference scheduled for May 20, 2022, and the joint submission previously due by May 12, 2022, are CANCELLED.

**SO ORDERED.**

Date:  May 12, 2022                                      **VALERIE CAPRONI**
        New York, New York                         **United States District Judge**