UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
LINDA EVANGELISTA,                               :   Civil Action No. 1:21-cv-7889
                                                 :
               Plaintiff,                        :
                                                 :
-against-                                        :   **NOTICE OF MOTION TO ADMIT**
                                                 :   **ANITA MODAK-TRURAN**
ZELTIQ AESTHETICS, INC.,                         :   ***PRO HAC VICE***
                                                 :
               Defendant.                        :
------------------------------------------------------------ X

PLEASE TAKE NOTICE that upon the annexed affidavit in support of this motion, and the Certificates of Good Standing annexed hereto, Anita Modak-Truran will move this Court pursuant to Rule 1.3 of the Local Rules for the United States District Court for the Southern District of New York for an order allowing the admission of movant, a member of the law firm of Butler Snow LLP and a member in good standing of the bars of the States of Illinois, Mississippi and Tennessee, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant Zeltiq Aesthetics, Inc. As set forth in the annexed affidavit, there are no pending disciplinary proceedings against movant in any state or federal court.

Dated: May 31, 2022

*/s/ Anita Modak-Truran*
Anita Modak-Truran, Esq.
BUTLER SNOW LLP
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6700
Facsimile: (615) 651-6701
Anita.Modak-Truran@butlersnow.com

64493311.v1