UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LINDA EVANGELISTA,                          : Civil Action No. 1:21-cv-7889
                                            :
                    Plaintiff,              :
                                            :
       -against-                            : **AFFIDAVIT IN SUPPORT OF MOTION**
                                            : **TO ADMIT ANITA MODAK-TRUAN**
ZELTIQ AESTHETICS, INC.,                    : ***PRO HAC VICE***
                                            :
                    Defendant.              :
------------------------------------------------------------X

State of Tennessee        )
                          )
County of Davidson        )

I, Anita Modak-Truran, being duly sworn, hereby deposes and states as follows:

1.     I am a partner with the law firm of Butler Snow LLP.

2.     I submit this affidavit in support of my motion for admission *pro hac vice* in this matter on behalf of Defendant Zeltiq Aesthetics, Inc. ("Zeltiq").

3.     As shown in the annexed Certificates of Good Standing, I am a member in good standing of the bars of the States of Illinois, Mississippi and Tennessee.

4.     I am admitted to practice in the United States District Courts for the Northern and Central Districts of Illinois, Northern and Southern Districts of Mississippi and the Middle, Eastern and Western Districts of Tennessee.

5.     There are no pending disciplinary proceedings against me in any state or federal court.

6.     I have not been convicted of a felony.

7.     I have not been censured, suspended, disbarred, or denied admission or

64492589.v1

readmission by any court.

8.    Wherefore, I respectfully request that the Court admit me *pro hac vice* in this

matter on behalf of Zeltiq.

Dated: May 31, 2022

Anita Modak-Truran, Esq.
BUTLER SNOW LLP
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6700
Facsimile: (615) 651-6701
Anita.Modak-Truran@butlersnow.com

SUBSCRIBED AND SWORN TO before me by Anita Modak-Truran this 31st day of
_____May_____, 2022.

_____
NOTARY PUBLIC

My commission expires:  11/3/25

64492589.v1