# Supreme Court of Tennessee

# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Anita Modak-Truran

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on January 21, 2014, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 24th day of May, 2022.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: Adam F. Bennett, D.C.



**Middle Division**

Appellate Court Clerk's Office - Nashville
100 Supreme Court Building
401 7th Avenue North
Nashville, TN 37219-1407
(615) 741-2681
Tax ID#: 62-6001445

**RECEIPT**

**RECEIPT # 166165**
RECEIPT DATE:
MAY 24, 2022

**PAID BY:** Butler Snow LLP (Ridgeland, MS)
P.O. Box 6010
Ridgeland, MS 39158

Clerk: LAM
Receipted: $50.00

| PAYMENT METHOD(S) | VOID | CHECK/MO NO. | AMOUNT |
|---|---|---|---|
| Check | | 376289 | $50.00 |

| DESCRIPTION | COMMENTS | QTY | UNIT PRICE | ITEM TOTAL |
|---|---|---|---|---|
| Certificate of Good Standing | | 1 | $50.00 | $50.00 |

| | TOTAL | $50.00 |
|---|---|---|

| INVOICE | BALANCE DUE |
|---|---|
| #192770 | $0.00 |

**Anita Modak-Truan Certificate of Good Standing**