DocuSign Envelope ID: AB998BD8-3470-44FF-99FC-74C1339D6505

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
LINDA EVANGELISTA,                      :   Civil Action No. 1:21-cv-7889
                                        :
            Plaintiff,                  :
                                        :
    -against-                           :
                                        :
ZELTIQ AESTHETICS, INC.,                :
                                        :
            Defendant.                  :
---------------------------------------------------------- X

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned case be voluntarily dismissed with prejudice, with each party to bear its own costs and fees.

Dated this 18th day of July, 2022.

| | |
|---|---|
| */s/ Daniel F. Markham* | */s/ Alyson B. Jones* |
| Daniel F. Markham | Alyson B. Jones (*Pro Hac Vice*) |
| Michael J. Levin | Orlando R. Richmond, Jr. (*Pro Hac Vice*) |
| Jodie Gerard | **Butler Snow LLP** |
| Henry E. Jones | 1020 Highland Colony Parkway, Ste. 1400 |
| **Wrobel Markham LLP** | Ridgeway, MS 39157 |
| 1407 Broadway, Suite 4002 | |
| New York, NY 10018 | Beth S. Rose |
| | Vincent R. Lodato |
| *Attorneys for Linda Evangelista* | **Sills Cummis & Gross P.C.** |
| | One Riverfront Plaza |
| | Newark, NJ 07102 |
| | |
| | *Attorneys for Zeltiq Aesthetics, Inc.* |

1

IT IS HEREBY ORDERED that all previously scheduled conferences and other deadlines are CANCELLED.

IT IS FURTHER ORDERED that this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party. The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case.

SO ORDERED.

*Valerie Caproni* (signature)       Date: 7/20/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE